**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA

Case number *(if known)* _____    Chapter  __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Solid Landings Behavioral Health, Inc.** |
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 46-2696653 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2900 Bristol Street, Suite B-300** <br> **Costa Mesa, CA 92626** <br> Number, Street, City, State & ZIP Code | |
| | P.O. Box, Number, Street, City, State & ZIP Code |
| **Orange** <br> County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    **www.solidlandingsbehavioralhealth.com**

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Solid Landings Behavioral Health, Inc.**                                                                    Case number (*if known*) _____
         Name

---

**7.   Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

---

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

**10.   Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **See Attachment** | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

---

Debtor    **Solid Landings Behavioral Health, Inc.**                                     Case number (*if known*) _____
    Name

**11. Why is the case filed in this district?**    Check all that apply:

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (Check all that apply.)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
        What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
        Number, Street, City, State & ZIP Code

    **Is the property insured?**

    ☐ No

    ☐ Yes. Insurance agency _____
        Contact name _____
        Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    Check one:

- ■ Funds will be available for distribution to unsecured creditors.

- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **Solid Landings Behavioral Health, Inc.**                                    Case number (*if known*) _____
        <u>Name</u>

| | **Request for Relief, Declaration, and Signatures** |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **May 31, 2017**
             MM / DD / YYYY

**X** **/s/ Katie S. Goodman**                              **Katie S. Goodman**
    Signature of authorized representative of debtor           Printed name

Title  **Chief Restructuring Officer**

**18. Signature of attorney**

**X** **/s/ David L. Neale**                        Date  **May 31, 2017**
    Signature of attorney for debtor                       MM / DD / YYYY

**David L. Neale**
Printed name

**Levene, Neale, Bender, Yoo & Brill LLP**
Firm name

**10250 Constellation Blvd.**
**Suite 1700**
**Los Angeles, CA 90067**
Number, Street, City, State & ZIP Code

Contact phone  **(310) 229-1234**     Email address _____

**141225**
Bar number and State

Debtor    **Solid Landings Behavioral Health, Inc.**                                        Case number (*if known*) _____
Name

| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA _____

Case number (*if known*) _____    Chapter  **11**

☐ Check if this an
   amended filing

### FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | | |
| --- | --- | --- | --- | --- |
| Debtor | **Cedar Creek Recovery, Inc.** | | Relationship to you | **Affiliate** |
| District | **Central District of California, Santa Ana Division** | When | Case number, if known | |
| Debtor | **EMS Toxicology** | | Relationship to you | **Affiliate** |
| District | **Central District of California, Santa Ana Division** | When | Case number, if known | |
| Debtor | **Silver Rock Recovery** | | Relationship to you | **Affiliate** |
| District | **Central District of California, Santa Ana Division** | When | Case number, if known | |
| Debtor | **Sure Haven, Inc.** | | Relationship to you | **Affiliate** |
| District | **Central District of California, Santa Ana Division** | When | Case number, if known | |

**CERTIFICATE OF SOLID LANDINGS BEHAVIORAL HEALTH, INC.,
A CALIFORNIA CORPORATION, CONDITIONALLY AUTHORIZING THE
FILING OF A PETITION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**

The undersigned, constituting the shareholders of Solid Landings Behavioral

Health, Inc. (the "Company") owning the number of shares entitled to vote as set forth

below, and representing at least 50% voting power, and the entire Board of Directors of

the Company, hereby jointly adopt and approve the following actions of the corporation:

1.       Whereas, subject to the conditions precedent discussed herein below, it is

in the best interest of the Company, its shareholders, directors, creditors, and other

interested parties, that the Company file a Petition under the provisions of Chapter 11 of

Title 11, United States Code (the "Bankruptcy Code");

2.       Whereas, Alpine Pacific Capital, LLC ("Alpine") has submitted a non-

binding Letter of Intent ("LOI") dated April __, 2017 to purchase certain assets of the

Company pursuant to Section 363 of the Bankruptcy Code;

3.       Pursuant to Sections 307 and 603 of the California Corporations Code, the

following resolutions were duly enacted by the shareholders below representing at least

50% of the voting power, as well as the entire Board of Directors, and the same remain in

full force and effect, without modification, as of the date hereof:

> RESOLVED, that the shareholders below, representing at
> the shares entitled to vote below, as well as the entire Board
> of Directors determine, based upon subsequent events and
> advice of counsel, that it is desirable and in the best
> interests of the Company, its shareholders, board of
> directors, creditors, and other interested parties, that the
> Company accept the LOI submitted by Alpine and file a
> Petition under the provisions of Chapter 11 of Title 11,
> United States Code (the "Bankruptcy Code"), provided that
> the conditions precedent discussed below have occurred;

1 of 3

FURTHER RESOLVED, that Katie S. Goodman of GGG Partners, LLC is hereby designated by the Board of Directors as the officer to be responsible for facilitating the filing of a Petition (the "Designated Officer");

FURTHER RESOLVED, conditioned on first having received 1) an executed DIP (debtor-in-possession) financing agreement that is consistent with the terms set forth in the LOI, and 2) a signed Asset Purchase Agreement from Alpine or any affiliate thereof in a form acceptable to the undersigned, the Designated Officer is hereby then authorized and directed on behalf of, and in the name of the Company, to execute a Chapter 11 bankruptcy petition and all related documents and papers on behalf of the Company in order to enable the Company to commence a Chapter 11 bankruptcy case;

FURTHER RESOLVED, that the Designated Officer is hereby authorized and directed on behalf of, and in the name of the Company, to execute and file, and to cause counsel for the Company to prepare, with the assistance of the Company as appropriate, all petitions, schedules, lists and other papers, documents and pleadings in connection with the Company's bankruptcy case, and to make such materials available to Company shareholders and Board Members for review, but shall not take any actions that result in a sale of all or substantially all of the assets of the Company (other than the sale of assets of the Company contemplated by the Asset Purchase Agreement with Alpine or any affiliate thereof, which sale is hereby deemed approved by the shareholders and Board of Directors of the Company, or any party that is deemed to be the successful overbidder pursuant to Bankruptcy Court approved bid procedures), or propose a plan of reorganization for the Company, without any necessary approval by shareholder(s) and/or the board of directors;

FURTHER RESOLVED that the Company hereby retains the law offices of Levene, Neale, Bender, Yoo & Brill L.L.P. as bankruptcy counsel for the Company for purposes of, among other things, representing the Company in its Chapter 11 case.

[signatures appear on following page]

2 of 3

CERTIFICATE OF SOLID LANDINGS BEHAVIORAL HEALTH, INC., A CALIFORNIA CORPORATION, CONDITIONALLY AUTHORIZING THE FILING OF A PETITION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

Dated: April 11, 2017

Signed:

_____
Stephen Fennelly, Director and Shareholder
Shares 100

_____
Elizabeth Perry, Director and Shareholder
Shares 100

_____
Mark Shandrow, Director and Shareholder
Shares 100

CERTIFICATE OF SOLID LANDINGS BEHAVIORAL HEALTH, INC.,
A CALIFORNIA CORPORATION, CONDITIONALLY AUTHORIZING THE FILING OF A
PETITION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

Dated: April 11, 2017

Signed:

_____
Stephen Fennelly, Director and Shareholder
Shares 100


_____
Elizabeth Perry, Director and Shareholder
Shares 100

_____
Mark Shandrow, Director and Shareholder
Shares 100

**CERTIFICATE OF SOLID LANDINGS BEHAVIORAL HEALTH, INC.,
A CALIFORNIA CORPORATION, CONDITIONALLY AUTHORIZING THE FILING OF A
PETITION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**

## CERTIFICATE OF STEPHEN FENNELLY
## RE: FILING OF CHAPTER 11 BANKRUPTCY FOR SOLID LANDINGS BEHAVIORAL HEALTH, INC., CEDAR CREEK RECOVERY, INC., EMS TOXICOLOGY, SURE HAVEN, INC., SILVER ROCK RECOVERY

1. Whereas Stephen Fennelly ("Fennelly") is a member of the Board of Directors and shareholder of the Solid Landings Behavioral Health, Inc., Cedar Creek Recovery, Inc., EMS Toxicology, Sure Haven, Inc., and Silver Rock Recovery (the "Filing Companies");

2. Whereas the Filing Entities are intending to file a petition under Chapter 11 of the Bankruptcy Code;

3. Whereas Fennelly, along with the other shareholders and directors, previously executed a resolution dated April 11, 2017 which authorized a bankruptcy filing, among other things (the "Resolution");

4. Whereas the Resolution conditioned the bankruptcy filing on "...a signed Asset Purchase Agreement from Alpine or any affiliate thereof in a form acceptable to the undersigned...";

5. Whereas Fennelly is not a signatory to the referenced Asset Purchase Agreement with Alpine;

6. Whereas despite Fennelly not being a signatory to the Asset Purchase Agreement, Fennelly does still consent to the bankruptcy filing and wishes to express his affirmation as follows:

I, Stephen Fennelly, do hereby acknowledge that I do not object to the bankruptcy filing as described in the Resolution. I hereby waive any claim or assertion I may otherwise have to challenge the bankruptcy filing of the Filing Companies, despite what the Filing Companies bylaws may say, or any statement reflected in the Resolution.


Date    5/31/17                              Stephen Fennelly

**Fill in this information to identify the case:**

Debtor name    **Solid Landings Behavioral Health, Inc.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __**May 31, 2017**__     X */s/ Katie S. Goodman*
                                       Signature of individual signing on behalf of debtor

                                       **Katie S. Goodman**
                                       Printed name

                                       **Chief Restructuring Officer**
                                       Position or relationship to debtor

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Solid Landings Behavioral Health, Inc.** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Morgan, Lewis & Bockius LLP 600 Anton Blvd., Suite 1800 Costa Mesa, CA 92626-7653** | | **Legal services** | | | | $177,801.63 |
| **NexTraq 1200 Lake Hearn Drive, Suite 500 Atlanta, GA 30319** | | **Services** | | | | $136,892.57 |
| **Jacks Properties I, LLC 6933 E. Bonanza Road Las Vegas, NV 89110** | | **Unpaid rent** | **Contingent Disputed** | | | $56,637.00 |
| **Valeo Resources, LLC 3801 PGA Boulevard, Suite 1001 Palm Beach Gardens, FL 33410** | | **Settlement** | | | | $50,000.00 |
| **Jackson Lewis P.C. 58 South Service Road, Suite 250 Melville, NY 11747** | | **Legal services** | | | | $31,724.71 |
| **Michelman & Robinson LLP 10880 Wilshire Blvd., 19th Floor Los Angeles, CA 90024** | | **Legal services** | | | | $25,136.71 |
| **Herr Pedersen & Berglund LLP 100 Willow Plaza, Suite 300 Visalia, CA 93291** | | **Legal services** | | | | $25,000.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    **Solid Landings Behavioral Health, Inc.**
_____      Case number *(if known)* _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Peterson Law Group 19800 MacArthur Blvd., Suite 290 Irvine, CA 92612** | | **Legal services** | | | | $21,935.55 |
| **Vertebrae 1340 E. 6th Street, Unit 419 Los Angeles, CA 90021** | | **Services** | | | | $14,846.20 |
| **Gelber Schachter & Greenberg 1221 Brickell Avenue, Suite 2010 Miami, FL 33131** | | **Legal services** | | | | $13,197.20 |
| **SYG Health Systems Inc. 180 North Rexford Drive Beverly Hills, CA 90210** | | **Services** | **Disputed** | | | $9,000.00 |
| **Rutan & Tucker, LLP 611 Anton Blvd., Suite 1400 Costa Mesa, CA 92628-1950** | | **Legal services** | | | | $5,424.78 |
| **Live 4 Recovery 8133 Spectrum Irvine, CA 92618** | | **Marketing services** | | | | $5,000.00 |
| **Palmieri Tyler 1900 Main Street, Suite 700 Irvine, CA 92614** | | **Legal services** | | | | $2,200.00 |
| **LeClairRyan 4405 Cox Road, Suite 200 Glen Allen, VA 23060** | | **Legal services** | | | | $1,542.00 |
| **BSJZ Law 1842 Michigan Avenue Detroit, MI 48216** | | **Legal services** | | | | $1,500.00 |
| **Paul Mazdiyasni 35 Blakely Irvine, CA 92620** | | **Unpaid rent** | | | | $900.00 |
| **Tracy L. Allen 44 First Street Mount Clemens, MI 48043** | | **Legal services** | | | | $518.75 |
| **Advanced IT Management Inc. 19800 MacArthur Blvd., Suite 650 Irvine, CA 92612** | | **Services** | **Unliquidated Disputed** | | | $0.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Solid Landings Behavioral Health, Inc.**

Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Alvarado, Smith & Sanchez**<br>**1 MacArthur Place,**<br>**Suite 200**<br>**Santa Ana, CA**<br>**92707** | | **Legal services** | **Unliquidated** | | | **$0.00** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

# United States Bankruptcy Court
## Central District of California - Santa Ana

In re **Solid Landings Behavioral Health, Inc.**

Case No.

Debtor(s)

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Elizabeth Perry**<br>**c/o Fransen and Molinaro, LLP**<br>**4160 Temescal Canyon Road, Ste. 302**<br>**Corona, CA 92883** | **Common** | **100** | **33.33%** |
| **Mark Shandrow**<br>**19775 MacArthur Blvd, Suite 240**<br>**Irvine, CA 92612** | **Common** | **100** | **33.33%** |
| **Stephen J. Fennelly**<br>**1 Troon Drive**<br>**Newport Beach, CA 92660** | **Common** | **100** | **33.34%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Restructuring Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **May 31, 2017**

Signature **/s/ Katie S. Goodman**

**Katie S. Goodman**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**Chapter 11 bankruptcy cases have been filed concurrently herewith for the following affiliates of the Debtor:**
**Cedar Creek Recovery, Inc.**
**EMS Toxicology**
**Silver Rock Recovery**
**Sure Haven, Inc.**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _____ , California.

Date:    **May 31, 2017** _____

**/s/ Katie S. Goodman**
**Katie S. Goodman**
Signature of Debtor

_____

Signature of Joint Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                          *Page 1*                          **F 1015-2.1.STMT.RELATED.CASES**

**Fill in this information to identify the case:**

Debtor name    **Solid Landings Behavioral Health, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

| Part 1: | Summary of Assets |
|---|---|

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
     Copy line 88 from *Schedule A/B*.........................................................................    $      0.00

   1b. **Total personal property:**
     Copy line 91A from *Schedule A/B*.......................................................................    $      63,070.51

   1c. **Total of all property:**
     Copy line 92 from *Schedule A/B*.........................................................................    $      63,070.51

| Part 2: | Summary of Liabilities |
|---|---|

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $      10,296,266.99

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $      0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................    +$      579,257.10

4.   Total liabilities ..............................................................................................
   Lines 2 + 3a + 3b      $      10,875,524.09

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Solid Landings Behavioral Health, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property
**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **CapStar Bank** | **Checking account** | **8741** | **$63,070.51** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** | **$63,070.51** |
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Solid Landings Behavioral Health, Inc.**                    Case number *(If known)* _____
                  Name

---

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

---

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

---

**Part 8:**    **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

---

**Part 9:**    **Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

**55.**    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   **Debtor is party to a number of real property leases (see Schedule G).** | | Unknown | | Unknown |

**56.**    **Total of Part 9.**                                                                                 **$0.00**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

**57.**    **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

**58.**    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

Debtor    **Solid Landings Behavioral Health, Inc.**    Case number *(If known)* _____
_____
Name

■ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** **Copyrights, trademarks and other intellectual property rights** | Unknown | | Unknown |
| 61.    **Internet domain names and websites** **Internet domain name and website - www.solidlandingsbehavioralhealth.com** | Unknown | | Unknown |
| 62.    **Licenses, franchises, and royalties** | | | |
| 63.    **Customer lists, mailing lists, or other compilations** | | | |
| 64.    **Other intangibles, or intellectual property** | | | |
| 65.    **Goodwill** | | | |

66. **Total of Part 10.**                                                    | $0.00 |

Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.

■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| 71.    **Notes receivable** Description (include name of obligor) | |
| 72.    **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   **Solid Landings Behavioral Health, Inc.**                    Case number *(If known)* _____
          Name

| | | |
|---|---|---|
| 73. | **Interests in insurance policies or annuities** | |
| | **Claims under available insurance policies** | **Unknown** |

| | | |
|---|---|---|
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78. | **Total of Part 11.**  Add lines 71 through 77. Copy the total to line 90. | **$0.00** |

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
  ■ No
  ☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                         Best Case Bankruptcy

Debtor    **Solid Landings Behavioral Health, Inc.**                    Case number *(If known)* _____
           <small>Name</small>

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$63,070.51** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* .........................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | **$63,070.51** + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$63,070.51** |

**Fill in this information to identify the case:**

Debtor name __**Solid Landings Behavioral Health, Inc.**__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| | | | Column A | Column B |
|---|---|---|---|---|
| 2. **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | | | Amount of claim<br><br>Do not deduct the value of collateral. | Value of collateral that supports this claim |

| 2.1 | **CapStar Bank** | **Describe debtor's property that is subject to a lien** | $10,296,266.99 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **Substantially all assets of the Debtor** | | |
| | **1201 Demonbreun Street,<br>Main Level<br>Attn: Scott McGuire<br>Nashville, TN 37203** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | __Security Interest__ | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ☐ No | | |
| | **November 20, 2015** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | | | |
|---|---|---|---|
| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | | $10,296,266.99 |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Burr & Forman LLP<br>511 Union Street, Suite 2300<br>Attn: David W. Houston<br>Nashville, TN 37219** | Line __2.1__ | |

**Fill in this information to identify the case:**

Debtor name   **Solid Landings Behavioral Health, Inc.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**     List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1**   Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** | **$0.00** |

**2.1**   Priority creditor's name and mailing address

**Employment Development Dept.**
**800 Capital Mall MIC 3A**
**Sacramento, CA 94230-0001**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$0.00**  Priority amount **$0.00**

Date or dates debt was incurred

Basis for the claim:
**For Notification Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

**2.2**   Priority creditor's name and mailing address

**Franchise Tax Board**
**Bankruptcy Section, MS: A-340**
**P.O. Box 2952**
**Sacramento, CA 95812-2952**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$0.00**  Priority amount **$0.00**

Date or dates debt was incurred

Basis for the claim:
**For Notification Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      26717      Best Case Bankruptcy

| Debtor | **Solid Landings Behavioral Health, Inc.** | | Case number *(if known)* | |
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notification Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | **Amount of claim** |

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Advanced IT Management Inc.**
**19800 MacArthur Blvd., Suite 650**
**Irvine, CA 92612**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Alvarado, Smith & Sanchez**
**1 MacArthur Place, Suite 200**
**Santa Ana, CA 92707**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Legal services**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**AT&T Corp.**
**200 W. Center Street Promenade**
**Anaheim, CA 92805**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**AT&T Corp.**
**1452 Edinger Avenue**
**Tustin, CA 92780**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Barrins & Associates**
**1923 Iowa Ave NE**
**Saint Petersburg, FL 33703**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Solid Landings Behavioral Health, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.6** | Nonpriority creditor's name and mailing address

**BC Services, Inc.**
550 Disk Drive
Attn: John Boettcher, Sec./Treas.
Longmont, CO 80503

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.7** | Nonpriority creditor's name and mailing address

**Brentwood Capital Advisors LLC**
5000 Meridian Blvd.
Franklin, TN 37067

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Financial advisory services**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.8** | Nonpriority creditor's name and mailing address

**Bristol Creekside, LLC**
3660 Park Sierra Drive, Suite 208
Riverside, CA 92505

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid rent**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.9** | Nonpriority creditor's name and mailing address

**BSJZ Law**
1842 Michigan Avenue
Detroit, MI 48216

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal services**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,500.00**

---

**3.10** | Nonpriority creditor's name and mailing address

**Chargers Associates**
P.O. Box 609609
Attn: Marissa Eggers
San Diego, CA 92160

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.11** | Nonpriority creditor's name and mailing address

**City of Costa Mesa**
c/o Jones & Mayer (Tom Duarte, Esq)
3777 North Harbor Blvd.
Fullerton, CA 92835

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **For Notification Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.12** | Nonpriority creditor's name and mailing address

**Cogent Communications, Inc.**
P.O. Box 791087
Baltimore, MD 21279-1087

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

Debtor    **Solid Landings Behavioral Health, Inc.**
_____
Name

Case number (if known) _____

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.13** Nonpriority creditor's name and mailing address
**CompuGroup Medical US**
**10715 Red Run Blvd., Suite 101**
**Owings Mills, MD 21117**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.14** Nonpriority creditor's name and mailing address
**Eastside Kitchen LLC**
**350 Clinton Street, Suite A**
**Costa Mesa, CA 92626**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid rent**

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.15** Nonpriority creditor's name and mailing address
**FPS, LLC**
**2900 Bristol Street, Suite B300**
**Costa Mesa, CA 92626**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid rent**

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.16** Nonpriority creditor's name and mailing address
**Gelber Schachter & Greenberg**
**1221 Brickell Avenue, Suite 2010**
**Miami, FL 33131**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$13,197.20**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal services**

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.17** Nonpriority creditor's name and mailing address
**Herr Pedersen & Berglund LLP**
**100 Willow Plaza, Suite 300**
**Visalia, CA 93291**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$25,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal services**

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.18** Nonpriority creditor's name and mailing address
**Intacct**
**300 Park Avenue, Suite 1400**
**San Jose, CA 95110**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.19** Nonpriority creditor's name and mailing address
**Intelex**
**70 University Avenue, Suite 800**
**Toronto, ON M5J 2M4**
**CANADA**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | Solid Landings Behavioral Health, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Iron Mountain**
**1000 Campus Drive**
**Collegeville, PA 19426** | ☐ Contingent
■ Unliquidated
☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $56,637.00 |
|---|---|---|---|
| | **Jacks Properties I, LLC**
**6933 E. Bonanza Road**
**Las Vegas, NV 89110** | ■ Contingent
☐ Unliquidated
■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: __Unpaid rent__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,724.71 |
|---|---|---|---|
| | **Jackson Lewis P.C.**
**58 South Service Road, Suite 250**
**Melville, NY 11747** | ☐ Contingent
☐ Unliquidated
☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: __Legal services__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Kipu Systems LLC**
**444 Brickell Avenue, Suite 850**
**Miami, FL 33131** | ☐ Contingent
■ Unliquidated
☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: __Services__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,542.00 |
|---|---|---|---|
| | **LeClairRyan**
**4405 Cox Road, Suite 200**
**Glen Allen, VA 23060** | ☐ Contingent
☐ Unliquidated
☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: __Legal services__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|
| | **Live 4 Recovery**
**8133 Spectrum**
**Irvine, CA 92618** | ☐ Contingent
☐ Unliquidated
☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: __Marketing services__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **MASH, LLC**
**c/o Kahana & Feld, P.C.**
**3 Hutton Centre Drive, Suite 685**
**Santa Ana, CA 92707** | ■ Contingent
■ Unliquidated
■ Disputed | |
| | Date(s) debt was incurred __4/28/2017__ | | |
| | Last 4 digits of account number __37CU__ | Basis for the claim: __Litigation claim__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor  **Solid Landings Behavioral Health, Inc.**    Case number *(if known)* _____

Name

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mercer**
**17901 Von Karman Avenue, Suite 1100**
**Irvine, CA 92614**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,136.71** |
|---|---|---|---|

**Michelman & Robinson LLP**
**10880 Wilshire Blvd., 19th Floor**
**Los Angeles, CA 90024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Legal services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$177,801.63** |
|---|---|---|---|

**Morgan, Lewis & Bockius LLP**
**600 Anton Blvd., Suite 1800**
**Costa Mesa, CA 92626-7653**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Legal services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$136,892.57** |
|---|---|---|---|

**NexTraq**
**1200 Lake Hearn Drive, Suite 500**
**Atlanta, GA 30319**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**O.C. Harbor Professional Center LLC**
**2900 Bristol Street, Suite E202**
**Costa Mesa, CA 92626**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Unpaid rent__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,200.00** |
|---|---|---|---|

**Palmieri Tyler**
**1900 Main Street, Suite 700**
**Irvine, CA 92614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Legal services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$900.00** |
|---|---|---|---|

**Paul Mazdiyasni**
**35 Blakely**
**Irvine, CA 92620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Unpaid rent__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Solid Landings Behavioral Health, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.34**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,935.55 |
|---|---|---|
| Peterson Law Group<br>19800 MacArthur Blvd., Suite 290<br>Irvine, CA 92612 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Legal services** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.35**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| Pure Life Recovery, LLC<br>180 Avenida La Pata, Suite 104<br>San Clemente, CA 92673 | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Unpaid rent** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.36**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| Realty One Group<br>8395 W. Sunsent Rd. #190<br>Las Vegas, NV 89113 | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.37**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| Recovery Brands<br>517 4th Avenue, Suite 402<br>San Diego, CA 92101 | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.38**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| Revenue Health Solutions, LLC<br>3110 Edwards Mill Road, Suite 300<br>Raleigh, NC 27612 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.39**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| RingCentral Inc.<br>Dept. CH 19585<br>Palatine, IL 60055-9585 | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.40**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,424.78 |
|---|---|---|
| Rutan & Tucker, LLP<br>611 Anton Blvd., Suite 1400<br>Costa Mesa, CA 92628-1950 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Legal services** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | Solid Landings Behavioral Health, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Sherrie and Jeff Ptak**
**c/o Parker Mills LLP**
**800 W. 6th Street, Suite 500**
**Los Angeles, CA 90017**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Potential litigation claim**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Stor-It Self Storage**
**961 W. 17th Street**
**Costa Mesa, CA 92627**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Unpaid rent**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,000.00**

**SYG Health Systems Inc.**
**180 North Rexford Drive**
**Beverly Hills, CA 90210**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  **9/2014 - 8/2015**

Basis for the claim:  **Services**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Thomson Reuters - West**
**Payment Center**
**P.O. Box 6292**
**Carol Stream, IL 60197-6292**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**TPX Communications**
**515 S. Flower Street, 47th Floor**
**Los Angeles, CA 90071-2201**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$518.75**

**Tracy L. Allen**
**44 First Street**
**Mount Clemens, MI 48043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Legal services**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Tuyen Sam**
**16560 San Andres Street**
**Fountain Valley, CA 92708**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Unpaid rent**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | Solid Landings Behavioral Health, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |
|---|---|---|---|
| | Valeo Resources, LLC<br>3801 PGA Boulevard, Suite 1001<br>Palm Beach Gardens, FL 33410 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Settlement__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,846.20 |
|---|---|---|---|
| | Vertebrae<br>1340 E. 6th Street, Unit 419<br>Los Angeles, CA 90021 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _4/20/2017_ | Basis for the claim: __Services__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | voJ. Najera Plumbing Co.<br>312 E. Grant Street<br>Santa Ana, CA 92701 | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Services__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | Wex Bank<br>P.O. Box 6293<br>Carol Stream, IL 60197-6293 | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

## Part 3:   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Bristol Creekside, LLC<br>c/o James Trimble, Agent<br>5041 La Mart Drive, Suite 110<br>Riverside, CA 92507 | Line __3.8__<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | Eastside Kitchen LLC<br>c/o Christine Frazer, Agent<br>350 Clinton Street, Suite A<br>Costa Mesa, CA 92626 | Line __3.14__<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | Intacct<br>Dept. 3237<br>P.O. Box 123237<br>Dallas, TX 75312-3237 | Line __3.18__<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | NexTraq<br>c/o Law Offices of Nathan Neuman<br>700 Lake Drive<br>Ambler, PA 19002-5084 | Line __3.30__<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Solid Landings Behavioral Health, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.5 | **O.C. Harbor Professional Center LLC**<br>**c/o John J. Pulles, Agent**<br>**2900 Bristol Street, Suite E202**<br>**Costa Mesa, CA 92626** | Line  **3.31**<br><br>☐  Not listed. Explain ____ | _ |

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $  **0.00** |
| **5b. Total claims from Part 2** | 5b.  + | $  **579,257.10** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $  **579,257.10** |

**Fill in this information to identify the case:**

Debtor name    **Solid Landings Behavioral Health, Inc.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases**    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.**   State what the contract or lease is for and the nature of the debtor's interest    **Barrins & Associates Consulting Letter of Agreement dated February 19, 2015** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Barrins & Associates** <br> **1923 Iowa Ave NE** <br> **Saint Petersburg, FL 33703** |
| **2.2.**   State what the contract or lease is for and the nature of the debtor's interest    **Contract for Services dated May 6, 2016 (patient collection services)** <br><br> State the term remaining <br><br> List the contract number of any government contract | **BC Services, Inc.** <br> **550 Disk Drive** <br> **Attn: John Boettcher, Sec./Treas.** <br> **Longmont, CO 80503** |
| **2.3.**   State what the contract or lease is for and the nature of the debtor's interest    **Luxury Suite License Agreement dated as of April 15, 2016** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Chargers Associates** <br> **P.O. Box 609609** <br> **Attn: Marissa Eggers** <br> **San Diego, CA 92160** |
| **2.4.**   State what the contract or lease is for and the nature of the debtor's interest    **Settlement Agreement & General Release dated April 15, 2016 by and among the City of Costa Mesa, on the one hand, and Solid Landings Behavioral Health, Sure Haven, Rock Solid Recovery, FPS LLC, Stephen Fennelly and Elizabeth Perry, on the other hand** | **City of Costa Mesa** <br> **c/o Jones & Mayer (Tom Duarte, Esq)** <br> **3777 North Harbor Blvd.** <br> **Fullerton, CA 92835** |

Debtor 1    **Solid Landings Behavioral Health, Inc.**
   First Name        Middle Name        Last Name        Case number (*if known*) _____

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | _____ |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **CGM LabDAQ System Contract dated July 24, 2015** |  |
|---|---|---|---|
| | State the term remaining | | **CompuGroup Medical US** |
| | List the contract number of any government contract | _____ | **10715 Red Run Blvd., Suite 101 Owings Mills, MD 21117** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Professional Services Agreement dated as of February, 2017 (for Chief Restructuring Officer services). Agreement may be terminated by either party at any time.** |  |
|---|---|---|---|
| | State the term remaining | | **GGG Partners, LLC** |
| | List the contract number of any government contract | _____ | **3155 Roswell Road NW, Suite 120 Atlanta, GA 30305** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Interim Services Agreement dated as of August 19, 2016 (for Interim Chief Financial Officer services). Agreement may be terminated by either party upon 30 days' advance written notice.** |  |
|---|---|---|---|
| | State the term remaining | | **Hardesty, LLC** |
| | List the contract number of any government contract | _____ | **19800 MacArthur Blvd., Suite 820 Irvine, CA 92612** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Workforce Optimization Client Service Agreement (to provide full-service outsourced human resources services)** |  |
|---|---|---|---|
| | State the term remaining | | **Insperity PEO Services, L.P.** |
| | List the contract number of any government contract | _____ | **19001 Crescent Springs Drive Attn: General Counsel Kingwood, TX 77339-3802** |

| Debtor 1 | **Solid Landings Behavioral Health, Inc.** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | | |
|---|---|---|---|
| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting Agreement dated as of November 30, 2016** | |
| | State the term remaining | | **Insurgence, LLC** |
| | | | **351 E. Roberts Lane** |
| | List the contract number of any government contract | | **Attn: Suzanne Schuler** |
| | | | **Bakersfield, CA 93308** |
| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Marketing Agreement dated as of January 1, 2017.** **Compensation payable of $20,000 per month to Consultant (Internet Training Products, Inc.).** **Agreement may be terminated by either party upon 30 days' prior written notice.** | |
| | State the term remaining | | **Internet Training Products, Inc.** |
| | | | **24 Balboa Coves** |
| | List the contract number of any government contract | | **Newport Beach, CA 92663** |
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of commercial real property located at 4011 S. McLeod Drive, Las Vegas, Nevada 89121 (operated by affiliate, Silver Rock Recovery as an in-patient treatment facility).** **Monthly rent is $53,940.00.** **Expiration Date: December 1, 2019** | |
| | State the term remaining | | **Jacks Properties I, LLC** |
| | | | **6933 E. Bonanza Road** |
| | List the contract number of any government contract | | **Las Vegas, NV 89110** |
| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Supervisor Agreement - Independent Contractor dated as of November 3, 2016** | |
| | State the term remaining | | **John Biroc, Ph.D** |
| | | | **188 Temple Avenue, Suite 402** |
| | List the contract number of any government contract | | **Long Beach, CA 90803** |

Debtor 1  **Solid Landings Behavioral Health, Inc.**
_____    Case number _(if known)_ _____
First Name    Middle Name    Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Independent Contractor Agreement dated as of November 1, 2014** | |
|---|---|---|---|
| | State the term remaining | | **Kevin Hutto** |
| | List the contract number of any government contract | | |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Kipu Records Services Agreement, Per-Person Plan, dated August 8, 2014** | |
|---|---|---|---|
| | State the term remaining | | **Kipu Systems LLC** |
| | List the contract number of any government contract | | **444 Brickell Avenue, Suite 850** **Miami, FL 33131** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Director Agreement dated as of April 13, 2015** | |
|---|---|---|---|
| | State the term remaining | | **Life Ring Recovery, LLC** |
| | List the contract number of any government contract | | **25230 Cabot Road** **Laguna Hills, CA 92653** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of commercial real property located at 2900 S. Bristol Street, Suite B300, Costa Mesa, California 92626 (oral agreement) (corporate offices). Monthly rent is $7,500.00.** | |
|---|---|---|---|
| | State the term remaining | **Month-to-month lease** | **Mabrisa Equities, LLC** |
| | List the contract number of any government contract | | **2017 Calle De Los Alamos** **San Clemente, CA 92672** |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Nextraq Advantage Subscription Service Agreement (for vehicle location/tracking and data collection services)** | |
|---|---|---|---|
| | State the term remaining | | **NexTraq** |
| | List the contract number of any government contract | | **1200 Lake Hearn Drive, Suite 500** **Atlanta, GA 30319** |

Debtor 1   **Solid Landings Behavioral Health, Inc.**

First Name    Middle Name    Last Name    Case number (*if known*)

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.18.** State what the contract or lease is for and the nature of the debtor's interest | **Lease of commercial real property located at 2900 S. Bristol Street, Suite B201 & B204, Costa Mesa, California 92626. Monthly rent is $1,600.00.** | |
| State the term remaining | **Expiration Date: May 30, 2017** | **Paul Mazdiyasni 35 Blakely Irvine, CA 92620** |
| List the contract number of any government contract | | |
| **2.19.** State what the contract or lease is for and the nature of the debtor's interest | **Lease of residential real property located at 3072 Madison Avenue, Costa Mesa, California 92626. Monthly rent is $3,600.00.** | |
| State the term remaining | **Expiration Date: March 18, 2018** | **Real Property Management OC Metro 1633 E. 4th Street, Suite 152 Santa Ana, CA 92701** |
| List the contract number of any government contract | | |
| **2.20.** State what the contract or lease is for and the nature of the debtor's interest | **Revenue Cycle Management (RCM) Services Agreement dated July 29, 2016** | |
| State the term remaining | | **Revenue Health Solutions, LLC 3110 Edwards Mill Road, Suite 300 Raleigh, NC 27612** |
| List the contract number of any government contract | | |
| **2.21.** State what the contract or lease is for and the nature of the debtor's interest | **Debtor is the Sublessor of the commercial real property located at 2900 S. Bristol Street, Suites B201 & B204, Costa Mesa, California 92626. Subtenant pays rent of $1,300.00 per month.** | |
| State the term remaining | **Expiration Date: May 30, 2017** | **Utelogy Corporation 2900 Bristol Street, Suite B201 Costa Mesa, CA 92626** |
| List the contract number of any government contract | | |

** Please be advised that the inclusion herein of the above-listed agreements shall not be deemed to constitute an admission by the Debtor that such agreements are executory contracts, contracts, unexpired leases, or leases.  The Debtor is investigating the nature of these agreements and reserves all of its rights to contest the validity and/or nature of any agreement listed in this Schedule G.

**Fill in this information to identify the case:**

Debtor name    **Solid Landings Behavioral Health, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Cedar Creek Recovery, Inc.** | **2900 Bristol Street, Suite B-300 Costa Mesa, CA 92626** | **CapStar Bank** | ■ D   **2.1** <br> ☐ E/F \_\_\_\_\_ <br> ☐ G \_\_\_\_\_ |
| 2.2 | **Elizabeth Perry** | **c/o Fransen and Molinaro, LLP 4160 Temescal Canyon Road, Ste. 302 Corona, CA 92883** | **CapStar Bank** | ■ D   **2.1** <br> ☐ E/F \_\_\_\_\_ <br> ☐ G \_\_\_\_\_ |
| 2.3 | **Elizabeth Perry** | **c/o Fransen and Molinaro, LLP 4160 Temescal Canyon Road, Ste. 302 Corona, CA 92883** | **MASH, LLC** | ☐ D \_\_\_\_\_ <br> ■ E/F   **3.26** <br> ☐ G \_\_\_\_\_ |
| 2.4 | **EMS Management, Inc.** | **2900 Bristol Street, Suite B-300 Costa Mesa, CA 92626** | **CapStar Bank** | ■ D   **2.1** <br> ☐ E/F \_\_\_\_\_ <br> ☐ G \_\_\_\_\_ |
| 2.5 | **EMS Toxicology** | **2900 Bristol Street, Suite B-300 Costa Mesa, CA 92626** | **CapStar Bank** | ■ D   **2.1** <br> ☐ E/F \_\_\_\_\_ <br> ☐ G \_\_\_\_\_ |

Debtor  **Solid Landings Behavioral Health, Inc.**                           Case number *(if known)* _____

| ▮ | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | **H&J Toxicology, LLC** | 2900 Bristol Street, Suite B-300<br>Costa Mesa, CA 92626 | **CapStar Bank** | ▮ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | **Hope's Landing** | 2900 Bristol Street, Suite B-300<br>Costa Mesa, CA 92626 | **CapStar Bank** | ▮ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | **Karen Shandrow** | 30 Balboa CVS<br>Newport Beach, CA 92663 | **MASH, LLC** | ☐ D _____<br>▮ E/F __3.26__<br>☐ G _____ |
| 2.9 | **Long Beach Recovery, Inc.** | 2900 Bristol Street, Suite B-300<br>Costa Mesa, CA 92626 | **CapStar Bank** | ▮ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | **Mark Shandrow** | 19775 MacArthur Blvd, Suite 240<br>Irvine, CA 92612 | **CapStar Bank** | ▮ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | **Mark Shandrow** | 19775 MacArthur Blvd, Suite 240<br>Irvine, CA 92612 | **MASH, LLC** | ☐ D _____<br>▮ E/F __3.26__<br>☐ G _____ |
| 2.12 | **Recovery Information Services, LLC** | 2900 Bristol Street, Suite B-300<br>Costa Mesa, CA 92626 | **CapStar Bank** | ▮ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.13 | **Recovery Information Services, LLC** | 2900 Bristol Street, Suite B-300<br>Costa Mesa, CA 92626 | **MASH, LLC** | ☐ D _____<br>▮ E/F __3.26__<br>☐ G _____ |

Debtor  **Solid Landings Behavioral Health, Inc.**                   Case number *(if known)* _____

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.14 | **Rock Solid Recovery** | 2900 Bristol Street, Suite B-300 Costa Mesa, CA 92626 | **CapStar Bank** | ■ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.15 | **Sage Creek Toxicology, Inc.** | 2900 Bristol Street, Suite B-300 Costa Mesa, CA 92626 | **CapStar Bank** | ■ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.16 | **Silver Rock Recovery** | 2900 Bristol Street, Suite B-300 Costa Mesa, CA 92626 | **Jacks Properties I, LLC** | ☐ D ____ ■ E/F __3.21__ ☐ G ____ |
| 2.17 | **Silver Rock Recovery** | 2900 Bristol Street, Suite B-300 Costa Mesa, CA 92626 | **CapStar Bank** | ■ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.18 | **Stephen J. Fennelly** | 1 Troon Drive Newport Beach, CA 92660 | **CapStar Bank** | ■ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.19 | **Stephen J. Fennelly** | 1 Troon Drive Newport Beach, CA 92660 | **MASH, LLC** | ☐ D ____ ■ E/F __3.26__ ☐ G ____ |
| 2.20 | **Sure Haven, Inc.** | 2900 Bristol Street, Suite B-300 Costa Mesa, CA 92626 | **CapStar Bank** | ■ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.21 | **Silver Rock Recovery** | 2900 Bristol Street, Suite B-300 Costa Mesa, CA 92626 | **Jacks Properties I, LLC** | ☐ D ____ ☐ E/F ____ ■ G __2.11__ |

Debtor    **Solid Landings Behavioral Health, Inc.**                    Case number *(if known)*  _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.22 | **Sure Haven, Inc.**    **2900 Bristol Street, Suite B-300**    **Costa Mesa, CA 92626** | **Real Property Management OC Metro** | ☐ D  _____<br>☐ E/F  _____<br>■ G  **2.19** |

**Fill in this information to identify the case:**

Debtor name __**Solid Landings Behavioral Health, Inc.**__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2017** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$0.00** |
| **For prior year:**<br>From  **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | **$0.00** |
| **For year before that:**<br>From  **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | **$0.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor    **Solid Landings Behavioral Health, Inc.**                                   Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.  **See List of 90-Day Creditor Payments Attached as Schedule SOFA.3 hereto.** | | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **See List of Insider Payments attached as Schedule SOFA.4 hereto.** | | | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

<span style="background:black;color:white">**Part 3:**</span>  **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **See List of Litigation Matters attached as Schedule SOFA.7 hereto.** | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ☑ None

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Solid Landings Behavioral Health, Inc.**                                    Case number *(if known)* _____

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Levene, Neale, Bender, et. al<br>10250 Constellation<br>Boulevard<br>Suite 1700<br>Los Angeles, CA 90067** | | **February - May, 2017** | **$34,800.00** |
| | Email or website address<br>**www.LNBYB.com** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **GGG Partners, LLC<br>3155 Roswell Road NW, Suite 120<br>Atlanta, GA 30305** | | **February - May 2017** | **$22,058.28** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

Debtor    **Solid Landings Behavioral Health, Inc.**                                 Case number *(if known)* _____

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **See List of Previous Addresses attached as Schedule SOFA.14 hereto.** | |

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

   ■ No Go to Part 10.
   ☐ Yes. Fill in below:

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses,

Debtor    **Solid Landings Behavioral Health, Inc.**    Case number *(if known)* _____

cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Pacific Mercantile Bank**<br>**949 South Coast Drive #105**<br>**Costa Mesa, CA 92626** | **XXXX-7701** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **October 31, 2016** | **$48.46** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

Debtor    **Solid Landings Behavioral Health, Inc.**                                    Case number *(if known)* _____

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

- ☑ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
|  |  |  |  |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

- ☑ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
|  |  |  |  |

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

- ☑ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|
|  |  |  |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

- ☑ None

| Name and address | Date of service From-To |
|---|---|
|  |  |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

- ☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

- ☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
|  |  |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

- ☑ None

| Name and address |
|---|
|  |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

- ☑ No
- ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
|  |  |  |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people**

Debtor    **Solid Landings Behavioral Health, Inc.**                                    Case number *(if known)* _____

in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Stephen J. Fennelly | 1 Troon Drive<br>Newport Beach, CA 92660 | Chief Executive Officer, Director, and Shareholder | 33.34% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Elizabeth Perry | c/o Fransen and Molinaro, LLP<br>4160 Temescal Canyon Road, Ste. 302<br>Corona, CA 92883 | Director, and Shareholder | 33.33% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Mark Shandrow | 19775 MacArthur Blvd, Suite 240<br>Irvine, CA 92612 | Senior Vice President, Director, and Shareholder | 33.33% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Katie S. Goodman | c/o GGG Partners, LLC<br>3155 Roswell Road NW, Suite 120<br>Atlanta, GA 30305 | Chief Restructuring Officer | N/A |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **See Schedule SOFA.4 attached hereto.** | | | |
| | **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
■ Yes. Identify below.

Debtor    **Solid Landings Behavioral Health, Inc.**                          Case number *(if known)* _____

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Solid Landings 401(k) Plan** | **EIN:** |

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 31, 2017**

**/s/ Katie S. Goodman**                              Katie S. Goodman
Signature of individual signing on behalf of the debtor              Printed name

Position or relationship to debtor    **Chief Restructuring Officer**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
■ No
☐ Yes

Schedule SOFA.3

Schedule SOFA 3 - 90 Day Payments to Creditors
**Solid Landings Behavioral Health, Inc.**

| Date | Payee Name | Check # if by Check | Amount | Payee Total |
|---|---|---|---|---|
| 3/9/2017 | 3129 Pierce Ave, LLC | 10669 | 3,000.00 | |
| 4/3/2017 | 3129 Pierce Ave, LLC | 10721 | 7,500.00 | |
| 5/1/2017 | 3129 Pierce Ave, LLC | 10776 | 7,500.00 | 18,000.00 |
| | | | | |
| 2/27/2017 | Advanced IT Management | 10654 | 19,000.00 | |
| 3/30/2017 | Advanced IT Management | 10711 | 5,000.00 | |
| 4/5/2017 | Advanced IT Management | 10727 | 19,000.00 | |
| 4/17/2017 | Advanced IT Management | 10747 | 5,000.00 | |
| 4/21/2017 | Advanced IT Management | 10762 | 5,000.00 | |
| 4/28/2017 | Advanced IT Management | 10774 | 5,000.00 | |
| 5/12/2017 | Advanced IT Management | | 5,000.00 | |
| 5/19/2017 | Advanced IT Management | | 5,000.00 | 68,000.00 |
| | | | | |
| 3/9/2017 | BKM Spencer 116, LLC | 10671 | 10,467.62 | |
| 3/31/2017 | BKM Spencer 116, LLC | | 10,467.62 | |
| 4/10/2017 | BKM Spencer 116, LLC | | 10,240.12 | |
| 5/1/2017 | BKM Spencer 116, LLC | | 9,875.35 | |
| 5/17/2017 | BKM Spencer 116, LLC | | 9,875.00 | 50,925.71 |
| | | | | |
| 3/10/2017 | CAL Psychiatric Services | | 10,000.00 | |
| 3/17/2017 | CAL Psychiatric Services | | 5,000.00 | |
| 4/14/2017 | CAL Psychiatric Services | | 10,000.00 | |
| 4/21/2017 | CAL Psychiatric Services | | 5,000.00 | |
| 5/5/2017 | CAL Psychiatric Services | | 15,000.00 | 45,000.00 |
| | | | | |
| 3/9/2017 | Daniel Khalili Trust | | 5,690.00 | |
| 3/31/2017 | Daniel Khalili Trust | | 5,500.00 | |
| 5/1/2017 | Daniel Khalili Trust | | 5,500.00 | 16,690.00 |
| | | | | |
| 3/8/2017 | First Insurance Funding | 10668 | 51,668.79 | |
| 3/14/2017 | First Insurance Funding | | 978.75 | |
| 3/14/2017 | First Insurance Funding | | 142.56 | |
| 4/5/2017 | First Insurance Funding | | 978.75 | |
| 4/11/2017 | First Insurance Funding | | 142.56 | |
| 4/11/2017 | First Insurance Funding | | 19,490.32 | |
| 5/9/2017 | First Insurance Funding | | 19,490.32 | |
| 5/9/2017 | First Insurance Funding | | 978.75 | 93,870.80 |
| | | | | |
| 3/9/2017 | Google Inc | | 48,912.00 | 48,912.00 |
| | | | | |
| 2/24/2017 | Hardesty | | 7,500.00 | |
| 2/24/2017 | Hardesty | | 7,500.00 | |

Schedule SOFA 3. 90-Day Payments to Creditors
Solid Landings Behavioral Health, Inc.

| Date | Payee | Check # | Amount | Total |
|---|---|---|---|---|
| 3/3/2017 | Hardesty | | 7,500.00 | |
| 3/10/2017 | Hardesty | | 7,500.00 | |
| 3/17/2017 | Hardesty | | 7,500.00 | |
| 3/27/2017 | Hardesty | | 7,500.00 | |
| 3/31/2017 | Hardesty | | 7,500.00 | |
| 4/11/2017 | Hardesty | | 7,500.00 | |
| 4/14/2017 | Hardesty | | 7,500.00 | |
| 4/28/2017 | Hardesty | | 7,500.00 | |
| 5/5/2017 | Hardesty | | 7,500.00 | |
| 5/25/2017 | Hardesty | | 7,500.00 | 90,000.00 |
| | | | | |
| 3/9/2017 | Harsch Investments | 10679 | 14,046.00 | |
| 3/30/2017 | Harsch Investments | 10713 | 3,549.67 | |
| 5/1/2017 | Harsch Investments | 10777 | 3,632.10 | 21,227.77 |
| | | | | |
| 2/24/2017 | Insurgence, LLC. | 10651 | 1,500.00 | |
| 3/3/2017 | Insurgence, LLC. | 10662 | 1,500.00 | |
| 3/10/2017 | Insurgence, LLC. | 10675 | 1,500.00 | |
| 3/17/2017 | Insurgence, LLC. | 10688 | 1,500.00 | |
| 3/24/2017 | Insurgence, LLC. | 10705 | 1,500.00 | |
| 3/31/2017 | Insurgence, LLC. | 10720 | 1,500.00 | |
| 4/7/2017 | Insurgence, LLC. | 10731 | 1,500.00 | |
| 4/14/2017 | Insurgence, LLC. | 10743 | 1,500.00 | |
| 4/21/2017 | Insurgence, LLC. | 10763 | 1,500.00 | |
| 4/28/2017 | Insurgence, LLC. | 10772 | 1,500.00 | |
| 5/5/2017 | Insurgence, LLC. | 10789 | 1,500.00 | |
| 5/5/2017 | Insurgence, LLC. | 10790 | 1,500.00 | |
| 5/26/2017 | Insurgence, LLC. | | 900.00 | 18,900.00 |
| | | | | |
| 4/13/2017 | Intacct | 10740 | 12,348.00 | 12,348.00 |
| | | | | |
| 3/1/2017 | IPFS Corporation | | 16,521.62 | |
| 3/31/2017 | IPFS Corporation | | 5.00 | |
| 3/31/2017 | IPFS Corporation | | 16,516.62 | 33,043.24 |
| | | | | |
| 2/24/2017 | Jacks Properties LLC | | 52,635.00 | |
| 3/9/2017 | Jacks Properties LLC | | 56,637.00 | |
| 3/31/2017 | Jacks Properties LLC | | 4,000.00 | |
| 3/31/2017 | Jacks Properties LLC | | 52,637.00 | |
| 5/1/2017 | Jacks Properties LLC | | 53,940.00 | 219,849.00 |
| | | | | |
| 2/24/2017 | Kenneth Ihenetu | | 745.27 | |
| 2/27/2017 | Kenneth Ihenetu | | 745.27 | |
| 3/3/2017 | Kenneth Ihenetu | | 745.27 | |
| 3/10/2017 | Kenneth Ihenetu | | 745.27 | |
| 3/17/2017 | Kenneth Ihenetu | | 745.27 | |
| 3/24/2017 | Kenneth Ihenetu | | 745.27 | |

Schedule SOFA 3 90 Day Payments to Creditors
**Solid Landings Behavioral Health, Inc.**

| Date | Creditor | Check | Amount | Total |
|------|----------|-------|--------|-------|
| 3/31/2017 | Kenneth Ihenetu | | 745.27 | |
| 4/7/2017 | Kenneth Ihenetu | | 745.27 | |
| 4/21/2017 | Kenneth Ihenetu | | 745.27 | |
| 4/28/2017 | Kenneth Ihenetu | | 745.27 | |
| 5/2/2017 | Kenneth Ihenetu | | (745.27) | |
| 5/2/2017 | Kenneth Ihenetu | | 745.27 | |
| 5/5/2017 | Kenneth Ihenetu | | 745.27 | |
| 5/12/2017 | Kenneth Ihenetu | | 745.27 | |
| 5/19/2017 | Kenneth Ihenetu | | 745.27 | |
| 5/25/2017 | Kenneth Ihenetu | | 745.27 | 10,433.78 |
| | | | | |
| 3/9/2017 | Kenneth Tumlinson and Suanna Tumlinson | | 54,174.67 | |
| 3/31/2017 | Kenneth Tumlinson and Suanna Tumlinson | | 26,726.00 | |
| 5/1/2017 | Kenneth Tumlinson and Suanna Tumlinson | | 23,796.00 | |
| 5/2/2017 | Kenneth Tumlinson and Suanna Tumlinson | | 698.00 | 105,394.67 |
| | | | | |
| 2/24/2017 | Kevin W. Hutto | | 5,000.00 | |
| 3/3/2017 | Kevin W. Hutto | | 5,000.00 | |
| 3/10/2017 | Kevin W. Hutto | | 5,000.00 | 15,000.00 |
| | | | | |
| 3/28/2017 | Kipu Systems, LLC | | 6,307.50 | |
| 4/19/2017 | Kipu Systems, LLC | 10755 | 2,715.00 | |
| 5/24/2017 | Kipu Systems, LLC | | 2,910.00 | 11,932.50 |
| | | | | |
| 3/31/2017 | Marbrisa Equities | | 7,500.00 | |
| 5/1/2017 | Marbrisa Equities | | 7,500.00 | 15,000.00 |
| | | | | |
| 3/30/2017 | Meera Kharbanda | 10712 | 2,700.00 | |
| 4/25/2017 | Meera Kharbanda | 10765 | 2,700.00 | |
| 5/19/2017 | Meera Kharbanda | | 2,700.00 | 8,100.00 |
| | | | | |
| 4/19/2017 | NVEnergy | 1703619 | 1,201.39 | |
| 4/19/2017 | NVEnergy | 1702024 | 185.07 | |
| 4/20/2017 | NVEnergy | 2307208 | 169.64 | |
| 4/24/2017 | NVEnergy | 1795681 | 228.02 | |
| 4/24/2017 | NVEnergy | 1795680 | 140.46 | |
| 4/24/2017 | NVEnergy | 1675854 | 809.79 | |
| 4/24/2017 | NVEnergy | 1671236 | 411.29 | |
| 5/18/2017 | NVEnergy | | 1,344.43 | |
| 5/18/2017 | NVEnergy | | 232.24 | |
| 5/19/2017 | NVEnergy | | 184.57 | |
| 5/24/2017 | NVEnergy | | 454.05 | |
| 5/24/2017 | NVEnergy | | 904.30 | |
| 5/24/2017 | NVEnergy | | 233.94 | |
| 5/24/2017 | NVEnergy | | 314.27 | 6,813.46 |
| | | | | |
| 3/16/2017 | Paylocity Corporation | | 1,523.73 | |

Schedule SOFA_3_90-Day Payments to Creditors

**Solid Landings Behavioral Health, Inc.**

| Date | Creditor | | Amount | Total |
|---|---|---|---:|---:|
| 3/16/2017 | Paylocity Corporation | | 2,005.76 | |
| 3/16/2017 | Paylocity Corporation | | 9,239.74 | |
| 3/21/2017 | Paylocity Corporation | | 1,065.80 | 13,835.03 |
| | | | | |
| 3/9/2017 | Rackspace | | 16,073.21 | |
| 3/30/2017 | Rackspace | | 16,073.21 | |
| 4/25/2017 | Rackspace | | 16,073.21 | 48,219.63 |
| | | | | |
| 3/22/2017 | Recovery Brands | | 5,000.00 | |
| 5/17/2017 | Recovery Brands | | 5,000.00 | 10,000.00 |
| | | | | |
| 3/20/2017 | Revenue Health Solutions, LLC | | 12,665.27 | |
| 4/28/2017 | Revenue Health Solutions, LLC | | 15,688.19 | |
| 5/19/2017 | Revenue Health Solutions, LLC | | 10,332.34 | 38,685.80 |
| | | | | |
| 3/9/2017 | RPM OC Metro | | 7,540.00 | |
| 3/10/2017 | RPM OC Metro | 10680 | 3,800.00 | |
| 3/10/2017 | RPM OC Metro | | (3,800.00) | |
| 3/10/2017 | RPM OC Metro | | (7,540.00) | |
| 3/10/2017 | RPM OC Metro | | 3,800.00 | |
| 3/10/2017 | RPM OC Metro | | 7,540.00 | |
| 3/14/2017 | RPM OC Metro | 10681 | 315.00 | |
| 4/3/2017 | RPM OC Metro | | 3,600.00 | |
| 5/9/2017 | RPM OC Metro | | 3,600.00 | 18,855.00 |
| | | | | |
| 2/27/2017 | Southern California Edison | | 1,431.78 | |
| 3/13/2017 | Southern California Edison | | 341.82 | |
| 3/14/2017 | Southern California Edison | | 224.70 | |
| 3/21/2017 | Southern California Edison | | 36.68 | |
| 3/24/2017 | Southern California Edison | | 1,876.98 | |
| 3/30/2017 | Southern California Edison | | (1.00) | |
| 3/30/2017 | Southern California Edison | | 1.00 | |
| 3/31/2017 | Southern California Edison | | 1,263.71 | |
| 4/10/2017 | Southern California Edison | 2374068948 | 167.83 | |
| 4/10/2017 | Southern California Edison | 2351823737 | 118.75 | |
| 4/14/2017 | Southern California Edison | 2359779097 | 195.21 | |
| 4/21/2017 | Southern California Edison | 3044150019 | 12.86 | |
| 4/24/2017 | Southern California Edison | 2370715849 | 1,736.65 | |
| 5/1/2017 | Southern California Edison | 3042886610 | 15.86 | |
| 5/1/2017 | Southern California Edison | 3044732101 | 36.92 | |
| 5/1/2017 | Southern California Edison | 3041609058 | 662.77 | |
| 5/1/2017 | Southern California Edison | 3041750636 | 204.70 | |
| 5/1/2017 | Southern California Edison | 3041737835 | 45.14 | |
| 5/9/2017 | Southern California Edison | | 134.50 | |
| 5/15/2017 | Southern California Edison | | 261.15 | |
| 5/15/2017 | Southern California Edison | | 57.50 | |
| 5/22/2017 | Southern California Edison | | 62.53 | |

Schedule SOFA 3 90 Day Payments to Creditors
**Solid Landings Behavioral Health, Inc.**

| Date | Payee | Check # | Amount | Total |
|---|---|---|---:|---:|
| 5/22/2017 | Southern California Edison | | 1,652.06 | 10,540.10 |
| | | | | |
| 2/28/2017 | TD Ameritrade | | 3,315.63 | |
| 3/1/2017 | TD Ameritrade | | 2,800.02 | |
| 3/10/2017 | TD Ameritrade | | 2,915.04 | |
| 3/20/2017 | TD Ameritrade | | 3,189.86 | |
| 3/24/2017 | TD Ameritrade | | 2,647.21 | |
| 3/28/2017 | TD Ameritrade | 10710 | 850.92 | |
| 3/29/2017 | TD Ameritrade | | 2,572.51 | |
| 5/3/2017 | TD Ameritrade | 10784 | 812.99 | |
| 5/12/2017 | TD Ameritrade | | 2,370.70 | 21,474.88 |
| | | | | |
| 3/10/2017 | TelePacific Communications | | 6,184.28 | |
| 3/17/2017 | TelePacific Communications | | 5,941.44 | |
| 3/24/2017 | TelePacific Communications | | 5,088.37 | |
| 3/30/2017 | TelePacific Communications | | 4,934.69 | |
| 5/9/2017 | TelePacific Communications | | 2,905.94 | 25,054.72 |
| | | | | |
| 3/9/2017 | The Heather - Pierce | 10672 | 3,000.00 | |
| 4/3/2017 | The Heather - Pierce | 10723 | 7,500.00 | |
| 5/1/2017 | The Heather - Pierce | 10778 | 7,500.00 | 18,000.00 |
| | | | | |
| 3/9/2017 | The Heathers - Madison | 10673 | 2,400.00 | |
| 4/3/2017 | The Heathers - Madison | 10724 | 6,000.00 | |
| 5/1/2017 | The Heathers - Madison | 10779 | 6,000.00 | 14,400.00 |
| | | | | |
| 3/9/2017 | The Heathers - Plumer | 10674 | 6,000.00 | |
| 4/3/2017 | The Heathers - Plumer | 10725 | 15,000.00 | |
| 5/1/2017 | The Heathers - Plumer | 10780 | 15,000.00 | 36,000.00 |
| | | | | |
| 3/31/2017 | The Joint Commission | | 3,615.00 | |
| 3/31/2017 | The Joint Commission | | 3,080.00 | 6,695.00 |
| | | | | |
| 2/24/2017 | Tirado Institute for Chronic Conditions | | 7,083.33 | |
| 2/24/2017 | Tirado Institute for Chronic Conditions | | (7,130.09) | |
| 2/24/2017 | Tirado Institute for Chronic Conditions | | 7,130.09 | |
| 3/10/2017 | Tirado Institute for Chronic Conditions | | 7,083.33 | |
| 3/17/2017 | Tirado Institute for Chronic Conditions | | 7,225.00 | |
| 3/24/2017 | Tirado Institute for Chronic Conditions | | 7,083.33 | |
| 4/14/2017 | Tirado Institute for Chronic Conditions | | 7,083.33 | |
| 4/21/2017 | Tirado Institute for Chronic Conditions | | 5,925.00 | |
| 4/28/2017 | Tirado Institute for Chronic Conditions | | 7,083.33 | |
| 5/12/2017 | Tirado Institute for Chronic Conditions | | 7,083.33 | |
| 5/19/2017 | Tirado Institute for Chronic Conditions | | 4,275.00 | |
| 5/25/2017 | Tirado Institute for Chronic Conditions | | 7,083.33 | 67,008.31 |
| | | | | |
| 3/22/2017 | Verizon Wireless | | 6,000.00 | |

**Schedule SOFA 3 - 90 Day Payments to Creditors**
**Solid Landings Behavioral Health, Inc.**

| Date | Creditor | Amount | Total |
|------|----------|-------:|------:|
| 4/28/2017 | Verizon Wireless | 4,965.75 | |
| 5/22/2017 | Verizon Wireless | 2,000.00 | 12,965.75 |
| | | | |
| 3/10/2017 | Warren Fulmer & Diana Marshall | 37,112.59 | |
| 3/31/2017 | Warren Fulmer & Diana Marshall | 38,018.24 | |
| 5/1/2017 | Warren Fulmer & Diana Marshall | 33,505.00 | 108,635.83 |
| | | | |
| | | **Total:** | **1,359,810.98** |

Schedule SOFA.4

**Solid Landings Behavioral Health, Inc.**

| Name | Ck Date | Ck or Doc # | Gross Pay Amount | Other Payment Amount |
|---|---|---|---|---|
| DEGNER, GERIK M | 5/6/2016 | 630 | 1,923.08 | |
| DEGNER, GERIK M | 5/6/2016 | 3058 | 2,115.39 | |
| DEGNER, GERIK M | 5/20/2016 | 648 | 1,923.08 | |
| DEGNER, GERIK M | 6/3/2016 | 666 | 1,923.08 | |
| DEGNER, GERIK M | 6/17/2016 | 683 | 1,923.08 | |
| DEGNER, GERIK M | 7/1/2016 | 697 | 1,923.08 | |
| DEGNER, GERIK M | 7/15/2016 | 710 | 1,923.08 | |
| DEGNER, GERIK M | 7/29/2016 | 722 | 1,923.08 | |
| DEGNER, GERIK M | 8/12/2016 | 734 | 1,923.08 | |
| DEGNER, GERIK M | 8/26/2016 | 744 | 1,923.08 | |
| DEGNER, GERIK M | 9/9/2016 | 754 | 1,923.08 | |
| DEGNER, GERIK M | 9/23/2016 | 764 | 1,923.08 | |
| DEGNER, GERIK M | 10/7/2016 | 774 | 1,923.08 | |
| DEGNER, GERIK M | 10/21/2016 | 784 | 1,923.08 | |
| DEGNER, GERIK M | 11/4/2016 | 803 | 1,923.08 | |
| DEGNER, GERIK M | 11/18/2016 | 822 | 1,923.08 | |
| DEGNER, GERIK M | 12/2/2016 | 849 | 1,923.08 | |
| DEGNER, GERIK M | 12/16/2016 | 872 | 1,923.08 | |
| DEGNER, GERIK M | 12/29/2016 | 894 | 1,923.08 | |
| DEGNER, GERIK M | 1/13/2017 | 32604920 | 961.54 | |
| DEGNER, GERIK M | 1/20/2017 | 32674278 | 961.54 | |
| DEGNER, GERIK M | 1/27/2017 | 32739776 | 961.54 | |
| DEGNER, GERIK M | 2/3/2017 | 32839301 | 961.54 | |
| DEGNER, GERIK M | 2/10/2017 | 32911073 | 961.54 | |
| DEGNER, GERIK M | 2/17/2017 | 33006026 | 961.54 | |
| DEGNER, GERIK M | 2/24/2017 | 33095314 | 961.54 | |
| DEGNER, GERIK M | 3/3/2017 | 33199193 | 961.54 | |
| DEGNER, GERIK M | 3/10/2017 | 33263645 | 961.54 | |
| DEGNER, GERIK M | 3/17/2017 | 33381709 | 8,653.85 | |
| DEGNER, GERIK M | 3/24/2017 | 33433703 | 8,653.85 | |
| DEGNER, GERIK M | 3/31/2017 | 33552843 | 8,653.85 | |
| DEGNER, GERIK M | 4/7/2017 | 33604313 | 8,653.85 | |
| DEGNER, GERIK M | 4/14/2017 | 33740306 | 8,653.85 | |
| DEGNER, GERIK M | 4/21/2017 | 33802077 | 8,653.85 | |
| DEGNER, GERIK M | 4/28/2017 | 4965570 | 8,653.85 | |
| DEGNER, GERIK M | 5/5/2017 | 4972736 | 8,653.85 | |
| DEGNER, GERIK M | 5/12/2017 | 4978481 | 8,653.85 | |
| DEGNER, GERIK M | 5/19/2017 | 4983997 | 8,653.85 | |
| DEGNER, GERIK M | 5/26/2017 | | 8,653.85 | |
| **DEGNER, GERIK M Total** | | | **131,923.19** | 0 |
| FENNELLY, STEPHEN JAMES | 4/29/2016 | 2423 | 41,666.67 | |
| FENNELLY, STEPHEN JAMES | 5/16/2016 | 2528 | 41,666.67 | |
| FENNELLY, STEPHEN JAMES | 5/31/2016 | 2606 | 41,666.67 | |
| FENNELLY, STEPHEN JAMES | 6/15/2016 | 2681 | 41,666.67 | |
| FENNELLY, STEPHEN JAMES | 6/30/2016 | 2764 | 41,666.67 | |

Schedule SOFA 4 - Payments to Insiders
**Solid Landings Behavioral Health, Inc.**

| | | | | |
|---|---|---|---|---|
| FENNELLY, STEPHEN JAMES | 7/15/2016 | 2852 | 33,333.33 | |
| FENNELLY, STEPHEN JAMES | 7/29/2016 | 2926 | 33,333.33 | |
| FENNELLY, STEPHEN JAMES | 8/15/2016 | 3012 | 15,916.67 | |
| FENNELLY, STEPHEN JAMES | 8/26/2016 | 3058 | 15,916.67 | |
| FENNELLY, STEPHEN JAMES | 9/9/2016 | 3116 | 15,916.67 | |
| FENNELLY, STEPHEN JAMES | 9/23/2016 | 3176 | 15,916.67 | |
| FENNELLY, STEPHEN JAMES | 10/7/2016 | 3236 | 15,916.67 | |
| FENNELLY, STEPHEN JAMES | 10/21/2016 | 3295 | 15,916.67 | |
| FENNELLY, STEPHEN JAMES | 11/4/2016 | 3350 | 15,916.67 | |
| FENNELLY, STEPHEN JAMES | 11/18/2016 | 3401 | 15,916.67 | |
| FENNELLY, STEPHEN JAMES | 12/2/2016 | 3423 | 15,916.67 | |
| FENNELLY, STEPHEN JAMES | 12/15/2016 | 3444 | 7,692.31 | |
| FENNELLY, STEPHEN JAMES | 12/29/2016 | 3464 | 7,692.31 | |
| FENNELLY, STEPHEN JAMES | 1/13/2017 | 32604887 | 3,846.16 | |
| FENNELLY, STEPHEN JAMES | 1/20/2017 | 32674238 | 3,846.16 | |
| FENNELLY, STEPHEN JAMES | 1/27/2017 | 32739738 | 3,846.16 | |
| FENNELLY, STEPHEN JAMES | 2/3/2017 | 32839262 | 3,846.16 | |
| FENNELLY, STEPHEN JAMES | 2/10/2017 | 32911032 | 3,846.16 | |
| FENNELLY, STEPHEN JAMES | 2/17/2017 | 33005987 | 3,846.16 | |
| FENNELLY, STEPHEN JAMES | 2/24/2017 | 33095274 | 3,846.16 | |
| FENNELLY, STEPHEN JAMES | 3/3/2017 | 33199153 | 3,846.16 | |
| FENNELLY, STEPHEN JAMES | 3/10/2017 | 33263703 | 3,846.16 | |
| FENNELLY, STEPHEN JAMES | 3/17/2017 | 33381769 | 3,846.16 | |
| FENNELLY, STEPHEN JAMES | 3/17/2017 | 33381781 | 3,846.16 | |
| FENNELLY, STEPHEN JAMES | 3/31/2017 | | | 1,602.56 |
| FENNELLY, STEPHEN JAMES | 4/7/2017 | | | 1,602.56 |
| FENNELLY, STEPHEN JAMES | 4/21/2017 | | | 1,602.56 |
| FENNELLY, STEPHEN JAMES | 4/28/2017 | | | 1,602.56 |
| FENNELLY, STEPHEN JAMES | 5/5/2017 | | | 1,602.56 |
| FENNELLY, STEPHEN JAMES | 5/12/2017 | | | 1,602.56 |
| FENNELLY, STEPHEN JAMES | 5/19/2017 | | | 1,602.56 |
| FENNELLY, STEPHEN JAMES | 5/26/2017 | | | 1,602.56 |
| FENNELLY, STEPHEN JAMES | 8/4/2016 | 00038 | | 10,000.00 |
| FENNELLY, STEPHEN JAMES | 8/12/2016 | 00159 | | 9,370.00 |
| FENNELLY, STEPHEN JAMES | 4/27/2016 | 534 | | 1,995.00 |
| FENNELLY, STEPHEN JAMES | 7/15/2016 | 13757 | | 25,000.00 |
| FENNELLY, STEPHEN JAMES | 7/29/2016 | 13927 | | 25,000.00 |
| FENNELLY, STEPHEN JAMES | 8/18/2016 | 203 | | 6,538.42 |
| **FENNELLY, STEPHEN JAMES Total** | | | 475,942.42 | 90,723.90 |
| PERRY, ELIZABETH ANN | 4/29/2016 | 1673 | 20,833.33 | |
| PERRY, ELIZABETH ANN | 5/16/2016 | 1741 | 20,833.33 | |
| PERRY, ELIZABETH ANN | 5/31/2016 | 1801 | 20,833.33 | |
| PERRY, ELIZABETH ANN | 6/15/2016 | 1860 | 20,833.33 | |
| PERRY, ELIZABETH ANN | 6/30/2016 | 1918 | 20,833.33 | |
| PERRY, ELIZABETH ANN | 8/26/2016 | 2126 | 20,833.33 | |
| PERRY, ELIZABETH ANN | 9/9/2016 | 2177 | 20,833.33 | |
| PERRY, ELIZABETH ANN | 9/23/2016 | 2227 | 20,833.33 | |

| | | | | |
|---|---|---|---|---|
| PERRY, ELIZABETH ANN | 10/7/2016 | 2277 | 20,833.33 | |
| PERRY, ELIZABETH ANN | 10/21/2016 | 2325 | 20,833.33 | |
| PERRY, ELIZABETH ANN | 11/4/2016 | 2373 | 20,833.33 | |
| PERRY, ELIZABETH ANN | 11/18/2016 | 2430 | 20,833.33 | |
| PERRY, ELIZABETH ANN | 12/2/2016 | 2482 | 20,833.33 | |
| PERRY, ELIZABETH ANN | 12/16/2016 | 2531 | 7,692.31 | |
| PERRY, ELIZABETH ANN | 12/29/2016 | 2576 | 7,692.31 | |
| PERRY, ELIZABETH ANN | 1/13/2017 | 32604901 | 3,846.16 | |
| PERRY, ELIZABETH ANN | 1/20/2017 | 32674255 | 3,846.16 | |
| PERRY, ELIZABETH ANN | 1/27/2017 | 32739753 | 3,846.16 | |
| PERRY, ELIZABETH ANN | 2/3/2017 | 32839277 | 3,846.16 | |
| PERRY, ELIZABETH ANN | 2/10/2017 | 32911048 | 3,846.16 | |
| PERRY, ELIZABETH ANN | 2/17/2017 | 33006003 | 3,846.16 | |
| PERRY, ELIZABETH ANN | 2/24/2017 | 33095291 | 3,846.16 | |
| PERRY, ELIZABETH ANN | 3/3/2017 | 33199170 | 3,846.16 | |
| PERRY, ELIZABETH ANN | 3/10/2017 | 33263704 | 3,846.16 | |
| PERRY, ELIZABETH ANN | 3/17/2017 | 33381770 | 3,846.16 | |
| PERRY, ELIZABETH ANN | 3/17/2017 | 33381782 | 3,846.16 | |
| PERRY, ELIZABETH ANN | 9/16/2016 | 10133 | | 1,000.00 |
| PERRY, ELIZABETH ANN | 3/31/2017 | | | 1,602.57 |
| PERRY, ELIZABETH ANN | 4/7/2017 | | | 1,602.56 |
| PERRY, ELIZABETH ANN | 4/21/2017 | | | 1,602.56 |
| PERRY, ELIZABETH ANN | 4/28/2017 | | | 1,602.56 |
| PERRY, ELIZABETH ANN | 5/5/2017 | | | 1,602.56 |
| PERRY, ELIZABETH ANN | 5/12/2017 | | | 1,602.56 |
| PERRY, ELIZABETH ANN | 5/19/2017 | | | 1,602.56 |
| PERRY, ELIZABETH ANN | 5/26/2017 | | | 1,602.56 |
| **PERRY, ELIZABETH ANN Total** | | | 328,525.67 | 13,820.49 |
| SHANDROW, MARK | 4/29/2016 | 2445 | 20,833.33 | |
| SHANDROW, MARK | 5/16/2016 | 2530 | 20,833.33 | |
| SHANDROW, MARK | 5/31/2016 | 2608 | 20,833.33 | |
| SHANDROW, MARK | 6/15/2016 | 2683 | 20,833.33 | |
| SHANDROW, MARK | 6/30/2016 | 2766 | 20,833.33 | |
| SHANDROW, MARK | 7/15/2016 | 2868 | 20,833.33 | |
| SHANDROW, MARK | 7/29/2016 | 2942 | 20,833.33 | |
| SHANDROW, MARK | 8/15/2016 | 3014 | 14,583.33 | |
| SHANDROW, MARK | 8/26/2016 | 3070 | 14,583.33 | |
| SHANDROW, MARK | 9/9/2016 | 3128 | 14,583.33 | |
| SHANDROW, MARK | 9/23/2016 | 3189 | 14,583.33 | |
| SHANDROW, MARK | 10/7/2016 | 3247 | 14,583.33 | |
| SHANDROW, MARK | 10/21/2016 | 3305 | 14,583.33 | |
| SHANDROW, MARK | 11/4/2016 | 3360 | 14,583.33 | |
| SHANDROW, MARK | 11/18/2016 | 3406 | 14,583.33 | |
| SHANDROW, MARK | 12/2/2016 | 3428 | 14,583.33 | |
| SHANDROW, MARK | 12/15/2016 | 3449 | 7,692.31 | |
| SHANDROW, MARK | 12/29/2016 | 3469 | 7,692.31 | |
| SHANDROW, MARK | 1/13/2017 | 32604888 | 3,846.16 | |
| SHANDROW, MARK | 1/20/2017 | 32674239 | 3,846.16 | |

**Schedule SOFA 4 - Payments to Insiders**
**Solid Landings Behavioral Health, Inc.**

| | | | | |
|---|---|---|---|---|
| SHANDROW, MARK | 1/27/2017 | 32739739 | 3,846.16 | |
| SHANDROW, MARK | 2/3/2017 | 32839263 | 3,846.16 | |
| SHANDROW, MARK | 2/10/2017 | 32911033 | 3,846.16 | |
| SHANDROW, MARK | 2/17/2017 | 33005988 | 3,846.16 | |
| SHANDROW, MARK | 2/24/2017 | 33095275 | 3,846.16 | |
| SHANDROW, MARK | 3/3/2017 | 33199154 | 3,846.16 | |
| SHANDROW, MARK | 3/10/2017 | 33263610 | 3,846.16 | |
| SHANDROW, MARK | 3/17/2017 | 33381674 | 3,846.16 | |
| SHANDROW, MARK | 3/24/2017 | 33433669 | 3,846.16 | |
| SHANDROW, MARK | 3/31/2017 | 33552810 | 840.00 | |
| SHANDROW, MARK | 4/7/2017 | 33604281 | 840.00 | |
| SHANDROW, MARK | 4/14/2017 | 33740276 | 840.00 | |
| SHANDROW, MARK | 4/21/2017 | 33802047 | 840.00 | |
| SHANDROW, MARK | 1/19/2017 | 10567 | | 1,484.80 |
| SHANDROW, MARK | 4/21/2017 | | | 102.09 |
| SHANDROW, MARK | 2/10/2017 | | | 129.00 |
| SHANDROW, MARK | 4/6/2017 | | | 214.62 |
| SHANDROW, MARK | 4/4/2017 | | | 294.00 |
| SHANDROW, MARK | 3/3/2017 | | | 315.00 |
| SHANDROW, MARK | 2/17/2017 | | | 359.00 |
| SHANDROW, MARK | 4/21/2017 | | | 363.00 |
| SHANDROW, MARK | 4/4/2017 | | | 564.34 |
| SHANDROW, MARK | 2/24/2017 | | | 638.25 |
| SHANDROW, MARK | 4/4/2017 | | | 762.56 |
| SHANDROW, MARK | 4/7/2017 | | | 762.56 |
| SHANDROW, MARK | 4/14/2017 | | | 762.56 |
| SHANDROW, MARK | 4/21/2017 | | | 762.56 |
| SHANDROW, MARK | 3/17/2017 | | | 1,382.20 |
| SHANDROW, MARK | 2/6/2017 | | | 2,971.86 |
| SHANDROW, MARK | 5/3/2016 | 13238 | | 9,424.00 |
| SHANDROW, MARK | 5/19/2016 | 13404 | | 350.00 |
| SHANDROW, MARK | 6/1/2016 | 13481 | | 17,084.00 |
| SHANDROW, MARK | 7/18/2016 | 13760 | | 17,084.00 |
| SHANDROW, MARK | 8/15/216 | 165 | | 7,660.00 |
| SHANDROW, MARK | 8/26/2016 | 252 | | 7,660.00 |
| SHANDROW, MARK | 10/7/2016 | 10206 | | 7,660.00 |
| SHANDROW, MARK | 4/28/2017 | 4965570 | 840.00 | |
| SHANDROW, MARK | 5/5/2017 | 4972736 | 840.00 | |
| SHANDROW, MARK | 5/12/2017 | 4978481 | 840.00 | |
| SHANDROW, MARK | 5/19/2017 | 4983997 | 840.00 | |
| SHANDROW, MARK | 5/26/2017 | | 840.00 | |
| SHANDROW, MARK | 4/28/2017 | 3100558083 | | 762.56 |
| SHANDROW, MARK | 5/5/2017 | 3266888064 | | 762.56 |
| SHANDROW, MARK | 5/12/2017 | 1512332110 | | 762.56 |
| SHANDROW, MARK | 5/19/2017 | 572064284 | | 762.56 |
| SHANDROW, MARK | 5/26/2017 | | | 762.56 |
| SHANDROW, MARK | 5/19/2017 | 1721435137 | | 343.00 |
| **SHANDROW, MARK Total** | | | 338,135.66 | 78,790.40 |
| Porreca, Tanisha | 4/29/2016 | 2439 | 16,666.67 | |

**Schedule SOFA 4 - Payments to Insiders**
**Solid Landings Behavioral Health, Inc.**

| | | | | |
|---|---|---|---|---|
| Porreca, Tanisha | 5/16/2016 | 2529 | 16,666.67 | |
| Porreca, Tanisha | 5/31/2016 | 2607 | 16,666.67 | |
| Porreca, Tanisha | 6/15/2016 | 2682 | 16,666.67 | |
| Porreca, Tanisha | 6/30/2016 | 2765 | 16,666.67 | |
| Porreca, Tanisha | 7/15/2016 | 2865 | 13,333.33 | |
| Porreca, Tanisha | 7/29/2016 | 2939 | 7,916.67 | |
| Porreca, Tanisha | 8/15/2016 | 3013 | 7,916.67 | |
| Porreca, Tanisha | 8/26/2016 | 3067 | 7,916.67 | |
| Porreca, Tanisha | 9/9/2016 | 3125 | 7,916.67 | |
| Porreca, Tanisha | 9/23/2016 | 3185 | 7,916.67 | |
| Porreca, Tanisha | 10/7/2016 | 3243 | 7,916.67 | |
| Porreca, Tanisha | 10/21/2016 | 3301 | 7,916.67 | |
| Porreca, Tanisha | 11/4/2016 | 3356 | 7,916.67 | |
| Porreca, Tanisha | 11/18/2016 | 56 | 7,916.67 | |
| Porreca, Tanisha | 11/10/2016 | 10382 | | 3,976.11 |
| Porreca, Tanisha | 1/23/2017 | 10577 | | 817.29 |
| **Porreca, Tanisha  Total** | | | **167,916.71** | **4,793.40** |
| Alpine Pacific Capital, LLC | 5/16/2016 | | | 33,350.00 |
| Alpine Pacific Capital, LLC | 6/3/2016 | | | 1,359.54 |
| Alpine Pacific Capital, LLC | 6/10/2016 | | | 10,000.00 |
| Alpine Pacific Capital, LLC | 6/21/2016 | | | 23,350.00 |
| Alpine Pacific Capital, LLC | 7/8/2016 | | | 9,697.04 |
| Alpine Pacific Capital, LLC | 7/15/2016 | | | 8,338.00 |
| Alpine Pacific Capital, LLC | 7/22/2016 | | | 8,338.00 |
| Alpine Pacific Capital, LLC | 7/29/2016 | | | 8,338.00 |
| Alpine Pacific Capital, LLC | 8/5/2016 | | | 8,338.00 |
| Alpine Pacific Capital, LLC | 8/9/2016 | | | 1,655.87 |
| Alpine Pacific Capital, LLC | 8/15/2016 | | | 8,338.00 |
| Alpine Pacific Capital, LLC | 8/19/2016 | | | 3,768.20 |
| Alpine Pacific Capital, LLC | 8/25/2016 | | | 12,905.80 |
| Alpine Pacific Capital, LLC | 9/2/2016 | | | 83,338.00 |
| Alpine Pacific Capital, LLC | 9/13/2016 | | | 8,338.00 |
| Alpine Pacific Capital, LLC | 9/16/2016 | | | 33,338.00 |
| Alpine Pacific Capital, LLC | 10/5/2016 | | | 8,338.00 |
| Alpine Pacific Capital, LLC | 10/7/2016 | | | 8,338.00 |
| Alpine Pacific Capital, LLC | 10/21/2016 | | | 8,338.00 |
| Alpine Pacific Capital, LLC | 10/28/2016 | | | 16,676.00 |
| Alpine Pacific Capital, LLC | 11/4/2016 | | | 8,337.50 |
| Alpine Pacific Capital, LLC | 11/11/2016 | | | 8,337.00 |
| Alpine Pacific Capital, LLC | 11/18/2016 | | | 8,337.00 |
| Alpine Pacific Capital, LLC | 11/25/2016 | | | 762.96 |
| Alpine Pacific Capital, LLC | 11/25/2016 | | | 8,338.50 |
| Alpine Pacific Capital, LLC | 12/2/2016 | | | 8,337.50 |
| Alpine Pacific Capital, LLC | 12/9/2016 | | | 8,337.50 |
| Alpine Pacific Capital, LLC | 12/16/2016 | | | 8,337.50 |
| Alpine Pacific Capital, LLC | 12/23/2016 | | | 8,337.50 |
| Alpine Pacific Capital, LLC | 12/30/2016 | | | 8,337.50 |
| Alpine Pacific Capital, LLC | 1/6/2017 | | | 8,337.50 |
| Alpine Pacific Capital, LLC | 1/13/2017 | | | 8,337.50 |

**Schedule SOFA 4 - Payments to Insiders**
**Solid Landings Behavioral Health, Inc.**

| | | | |
|---|---|---|---|
| Alpine Pacific Capital, LLC | 1/20/2017 | | 8,337.50 |
| Alpine Pacific Capital, LLC | 1/27/2017 | | 8,337.50 |
| Alpine Pacific Capital, LLC | 2/6/2017 | | 8,337.50 |
| Alpine Pacific Capital, LLC | 2/10/2017 | | 8,337.50 |
| Alpine Pacific Capital, LLC | 2/17/2017 | | 8,337.50 |
| Alpine Pacific Capital, LLC | 2/24/2017 | | 8,337.50 |
| Alpine Pacific Capital, LLC | 3/3/2017 | | 8,337.50 |
| Alpine Pacific Capital, LLC | 3/10/2017 | | 8,337.50 |
| **Alpine Pacific Total** | | - | 463,655.91 |
| **Grand Total** | | 1,455,297.50 | 655,939.90 |

Schedule SOFA.7

Schedule SOFA.7

**Solid Landings Behavioral Health, Inc. - Litigation List**

| # | CASE NAME | COURT AND CASE NO. | TYPE | STATUS |
|---|-----------|--------------------|------|--------|
| 1 | *Joshua Marquez v. Solid Landings Behavioral Health, Sure Haven and Rock Solid* | Orange County Superior Court, Case No.: 30-2015-00788979-CU-OE-CXC | Wage and hour class action | Pending |
| 2 | *Dena Blackwood v. Solid Landings Behavioral Health, Sure Haven and Rock Solid* | Orange County Superior Court, Case No.: 30-2015-00795557-CU-OE-CXC | Wage and hour class action | Pending |
| 3 | *Diane Burd v. Solid Landings Behavioral Health, Sure Haven and Rock Solid* | Orange County Superior Court, Case No:  30-2015-00810390-CU-OE-CXC | Wage and hour class action | Pending |
| 4 | *Otis, Gardea, Cochran, Dadlani, Brown, Law, and Harvey  v. Solid Landings, Sure Haven, Rock Solid and Steve Fennelly* | Orange County Superior Court, Case Number: 30-2016-00838676-CU-OE-CXC | Wage and hour single plaintiff | Pending (jury trial scheduled on 6/5/2017) |
| 5 | *Misty Portis vs. Sure Haven, H&J Toxicology & Solid Landings* | Orange County Superior Court, Case No: 30-2016-00828317-CU-WT-CJC | Harassment & discrimination based on race, gender and pregnancy. | Pending (jury trial scheduled on 6/26/2017) |
| 6 | *Brandon Clark v. Solid Landings Behavioral Health, Inc. and Sure Haven, Inc.* | Orange County Superior Court, Case Number: 30-2016-00881893-CU-OE-CJC | Employment: wage and hour single plaintiff, discrimination and harassment, wrongful termination | Pending (served on 4/10/2017) |
| 7 | *Rocio Elena Vela v. Solid Landings Behavioral Health, Inc., Solid Landings Foundation, Sure Haven, Inc., Sure Haven, LLC and Hope's Landing* | Orange County Superior Court, Case No. 30-2017-00912413-CU-OE-CJC | Employment: wage and hour single plaintiff, discrimination and harassment, wrongful termination | Pending (filed on 4/3/2017, served on 4/19/2017) |
| 8 | *Laura Ann Mitchell v. Solid Landings Behavioral Health, Inc., Solid Landings Foundation, Sure Haven, Inc., Sure Haven, LLC, Hope's Landing, Inc.* | Orange County Superior Court, Case No. 30-2017-00914591-CU-OE-CJC | Employment: wage and hour single plaintiff, discrimination and harassment, wrongful termination | Pending (served on 4/19/2017) |
| 9 | *Janet Petty vs. Stephen Fennelly, Solid Landings Behavioral Health, Inc., Solid Landings, LLC, and Elizabeth Perry* | Orange County Superior Court, Case No. 00867876CXC [FILED UNDER SEAL] | False Claims | Filed but not served |
| 10 | *MediTest Laboratories Inc. vs. H&J Toxicology, LLC, Solid Landings Behavioral Health, Does 1-25* | Superior Court of California, Orange County, Case No. 30-2016-00856423-CU-BC-CJC | Breach of contract – laboratory services | Pending |
| 11 | *Stan Bilchik Carpet Co. Inc. vs. Solid Landings Behavioral Health, Inc., et al.* | Los Angeles County Superior Court, Case No. 17VESC00859 | Breach of contract - construction services | Pending (small claims trial scheduled on 6/12/17) |
| 12 | *McClelland v. Solid Landings Behavioral Health, Inc.* | Orange County Superior Court, Case No: 30-2016-00884448-CU-PO-CJC | Personal injury - slip and fall (hot tub) | Pending |
| 13 | *In the Matter of Investigation No. LIQT-2016-00017; and Related Issues directed to Solid Landings Behavioral Health* | California Department of Insurance | Investigative Subpoena directed to Solid Landings Behavioral Health brought by the California Insurance Commissioner | Pending |
| 14 | *Terry Torres v. Solid Landings Behavioral Health, Division of Workers' Compensation* | Workers' Compensation Appeals Board, EAMS Case No. ADJ10644596 | Workers Compensation | Pending |
| 15 | *Raymond Bensch v. Sure Haven Inc aka Solid Landings, Division of Workers' Compensation* | Workers' Compensation Appeals Board, EAMS Case No.ADJ10562879 | Workers Compensation | Pending |

Schedule SOFA.7

**Solid Landings Behavioral Health, Inc. - Litigation List**

| 16 | *Tony Ippolito v. Solid Landings Behavioral Health, Division of Workers' Compensation* | Workers' Compensation Appeals Board, EAMS Case Nos. ADJ10287298, ADJ10287450 | Workers Compensation | Unknown |
|---|---|---|---|---|
| 17 | *Tony Ippolito v. Solid Landings Behavioral Health* | Labor Board No. 18-95623-NQ | Unpaid Wages | Unknown |
| 18 | *MASH, LLC v. Recovery Information Services, LLC, Solid Landings Behavioral Health, Inc., Stephen Fennelly, Elizabeth Perry, Mark Shandrow, Karen Shandrow* | Orange County Superior Court, Case No. 30-2017-00917337-CU-BC-CJC | Breach of contract - marketing services, fraudulent transfer, constructive fraudulent transfer | Pending (filed on 4/28/2017) |
| 19 | *Parviz Paul Mazdiyasni v. Solid Landings Behavioral Health, Inc.* | Orange County Superior Court - Small Claims, Case No. 30-2017-00918815-SC-SC-HNB | Small Claims action - unpaid rent | Pending (filed on 5/8/2017) |
| | **CLOSED** | | | |
| 20 | *Elite Rehab Placement, LLC v. Solid Landings Behavioral Health, Inc., Mark Shandrow, and Steve Fennelly* | Circuit Court for the County of Macomb, Michigan, Case No. 16-002431-CB | Breach of contract - marketing services | CLOSED.  Settled and dismissed on 2/14/17 |
| 21 | *Richard Gibbs v. Sure Haven, Solid Landings Behavioral Health* | Orange County Superior Court, Case No. 30-2015-00788187-CU-WT-CJC | Employment: wrongful termination and discrimination for disability | CLOSED: Case voluntarily dismissed on 7/11/16 |
| 22 | *Valeo Resources, LLC v. Solid Landings Behavioral Health* | Circuit Court for Palm Beach County, Florida, Case No. 50-2016-CA-520-XXXXMB-AO | Breach of contract - marketing services | CLOSED: Settled and dismissed on 4/4/16 |
| 23 | *In the Matter of the Accusation Against: Solid Landings Behavioral Health, Inc. 382 Hamilton Street, Units A & B, Costa Mesa, CA 92627 License and Certification 300276CP* | State of California Office of Administrative Hearings, Appeal No. ADP-2015-0015 | Department of Health Care Services, Substance Use Disorder Compliance Division | CLOSED: Settled with surrender of license on 9/20/2016. |
| 24 | *United Healthcare Insurance Company, et al. v. Sky Toxicology, et al.* | United States District Court, Southern District of Florida, Case No. 16-cv-80649 | | CLOSED: Dismissed |

Schedule SOFA.14

**Schedule SOFA.14 - Previous Locations by Solid Landings Behavioral Health, Inc.**

| No. | Street | City | State | Zip | From | To |
|---|---|---|---|---|---|---|
| | **Location Address** | | | | **Dates of Occupancy** | |
| 1 | 2900 Bristol St. Suite E208 | Costa Mesa | CA | 92626 | 2/1/2015 | 6/1/2016 |
| | | | | | | |
| 2 | 2900 Bristol H201/203/204/205/206 | Costa Mesa | CA | 92626 | 11/1/2014 | 2/1/2016 |
| | | | | | | |
| 3 | Stor-it 961 West 17th Street, Unit 7003 | Costa Mesa | CA | 92627 | 8/24/2016 | 03/22/2017 |
| 4 | "The Hood" 350 Clinton Suite A | Costa Mesa | CA | 92626 | 2/1/2015 | 07/15/2016 |
| | | | | | | |
| 5 | 382 Hamilton A, B | Costa Mesa | CA | 92626 | 3/1/2014 | 8/8/2016 |
| 6 | 394 Hamilton A, B, C | Costa Mesa | CA | 92626 | 3/1/2014 | 8/8/2016 |
| 7 | 396 Hamilton A, B, C | Costa Mesa | CA | 92626 | 3/1/2014 | 8/8/2016 |
| 8 | 11851 Wisteria | Fountain Valley | CA | 92708 | 5/28/2014 | 2/15/2016 |
| 9 | 216 Avenida La Cuesta | San Clemente | CA | 92673 | 1/30/2015 | 2/15/2016 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California - Santa Ana

In re   **Solid Landings Behavioral Health, Inc.**                   Case No. _____

                                   Debtor(s)                   Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 34,800.00 |
| Prior to the filing of this statement I have received | $ | 34,800.00 |
| Balance Due | $ | 0.00 |

2.   $  **1,717.00**   of the filing fee has been paid.

3.   The source of the compensation paid to me was:

    ■ Debtor          ☐ Other (specify):

4.   The source of compensation to be paid to me is:

    ■ Debtor          ☐ Other (specify):

5.   ☐  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ■  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.   A
    copy of the agreement, together with a list of the names of the people sharing in the compensation is attached. **.**

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.   [Other provisions as needed]
        **Advising the Debtor with regard to the requirements of the Bankruptcy Court, Bankruptcy Code, Bankruptcy
        Rules and the Office of the United States Trustee as they pertain to the Debtor; advising the Debtor with regard to
        certain rights and remedies of its bankruptcy estate and the rights, claims and interests of creditors;
        representing the Debtor in any proceeding or hearing in the Bankruptcy Court involving its estate unless the
        Debtor is represented in such proceeding or hearing by other special counsel; conducting examinations of
        witnesses, claimants or adverse parties and representing the Debtor in any adversary proceeding except to the
        extent that any such adversary proceeding is in an area outside of LNBYB's expertise or which is beyond
        LNBYB's staffing capabilities;  preparing and assisting the Debtor in the preparation of reports, applications,
        pleadings and orders including, but not limited to, applications to employ professionals, interim statements and
        operating reports, initial filing requirements, schedules and statement of financial affairs, lease pleadings, cash
        collateral pleadings, financing pleadings, and pleadings with respect to the Debtor's use, sale or lease of
        property outside the ordinary course of business; representing the Debtor with regard to obtaining use of debtor
        in possession financing and/or cash collateral including, but not limited to, negotiating and seeking Bankruptcy
        Court approval of any debtor in possession financing and/or cash collateral pleading or stipulation and preparing
        any pleadings relating to obtaining use of debtor in possession financing and/or cash collateral; assisting the
        Debtor in the negotiation, formulation, preparation and confirmation of a plan of reorganization and the
        preparation and approval of a disclosure statement in respect of the plan; and performing any other services
        which may be appropriate in LNBRB's representation of the Debtor during its bankruptcy case.**

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **Matters which are outside of LNYB's specialization**

In re    **Solid Landings Behavioral Health, Inc.**                              Case No. _____

_____
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
(Continuation Sheet)

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**May 31, 2017**                                            **/s/ David L. Neale**
_____              _____
*Date*                                                       **David L. Neale 141225**
                                                             *Signature of Attorney*
                                                             **Levene, Neale, Bender, Yoo & Brill LLP**
                                                             **10250 Constellation Blvd.**
                                                             **Suite 1700**
                                                             **Los Angeles, CA 90067**
                                                             **(310) 229-1234**
                                                             _____
                                                             *Name of law firm*

Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address

**David L. Neale**
**10250 Constellation Blvd.**
**Suite 1700**
**Los Angeles, CA 90067**
**(310) 229-1234**
California State Bar Number: **141225**

FOR COURT USE ONLY

☑ *Attorney for: Debtor*

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re: | |
|---|---|
| **Solid Landings Behavioral Health, Inc.** | |
| Debtor(s), | CASE NO.: |
| | ADVERSARY NO.: |
| Plaintiff(s), | CHAPTER: **11** |

## CORPORATE OWNERSHIP STATEMENT PURSUANT TO FRBP 1007(a)(1) and 7007.1, and LBR 1007-4

[No hearing]

Defendant(s).

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,   **Katie S. Goodman**                              , the undersigned in the above-captioned case, hereby declare
        *(Print Name of Attorney or Declarant)*

under penalty of perjury under the laws of the United States of America that the following is true and correct:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                              **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.     I have personal knowledge of the matters set forth in this Statement because:

        ☑ I am the president or other officer or an authorized agent of the Debtor corporation
        ☐ I am a party to an adversary proceeding
        ☐ I am a party to a contested matter
        ☐ I am the attorney for the Debtor corporation

2.a.   ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
        *[For additional names, attach an addendum to this form.]*

  b.   ☑ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

| May 31, 2017 | By: | /s/ Katie S. Goodman |
|---|---|---|
| Date | | Signature of Debtor, or attorney for Debtor |

Name:   **Katie S. Goodman**
        Printed name of Debtor, or attorney for
        Debtor

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                      **F 1007-4.CORP.OWNERSHIP.STMT**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **David L. Neale**<br>**10250 Constellation Blvd.**<br>**Suite 1700**<br>**Los Angeles, CA 90067**<br>**(310) 229-1234**<br>California State Bar Number: **141225** | |

☐ *Debtor(s) appearing without an attorney*
☑ *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA

| In re:<br><br>    **Solid Landings Behavioral Health, Inc.**<br><br><br><br>                                          Debtor(s). | CASE NO.:<br>CHAPTER: **11**<br><br>**VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
|---|---|

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __**6**__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: __**May 26, 2017**__

**/s/ Katie S. Goodman**
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: _____

_____
Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                              **F 1007-1.MAILING.LIST.VERIFICATION**

Solid Landings Behavioral Health, Inc.
2900 Bristol Street, Suite B-300
Costa Mesa, CA 92626


David L. Neale
Levene, Neale, Bender, Yoo & Brill LLP
10250 Constellation Blvd.
Suite 1700
Los Angeles, CA 90067


U.S. Trustee - Santa Ana
411 West Fourth Street
Suite 9041
Santa Ana, CA 92701-8000


Advanced IT Management Inc.
19800 MacArthur Blvd., Suite 650
Irvine, CA 92612


Alvarado, Smith & Sanchez
1 MacArthur Place, Suite 200
Santa Ana, CA 92707


AT&T Corp.
200 W. Center Street Promenade
Anaheim, CA 92805


AT&T Corp.
1452 Edinger Avenue
Tustin, CA 92780


Barrins & Associates
1923 Iowa Ave NE
Saint Petersburg, FL 33703

BC Services, Inc.
550 Disk Drive
Attn: John Boettcher, Sec./Treas.
Longmont, CO 80503


Brentwood Capital Advisors LLC
5000 Meridian Blvd.
Franklin, TN 37067


Bristol Creekside, LLC
3660 Park Sierra Drive, Suite 208
Riverside, CA 92505


Bristol Creekside, LLC
c/o James Trimble, Agent
5041 La Mart Drive, Suite 110
Riverside, CA 92507


BSJZ Law
1842 Michigan Avenue
Detroit, MI 48216


Burr & Forman LLP
511 Union Street, Suite 2300
Attn: David W. Houston
Nashville, TN 37219


CapStar Bank
1201 Demonbreun Street, Main Level
Attn: Scott McGuire
Nashville, TN 37203


Cedar Creek Recovery, Inc.
2900 Bristol Street, Suite B-300
Costa Mesa, CA 92626

Chargers Associates
P.O. Box 609609
Attn: Marissa Eggers
San Diego, CA 92160


City of Costa Mesa
c/o Jones & Mayer  Tom Duarte, Esq
3777 North Harbor Blvd.
Fullerton, CA 92835


Cogent Communications, Inc.
P.O. Box 791087
Baltimore, MD 21279-1087


CompuGroup Medical US
10715 Red Run Blvd., Suite 101
Owings Mills, MD 21117


Eastside Kitchen LLC
350 Clinton Street, Suite A
Costa Mesa, CA 92626


Eastside Kitchen LLC
c/o Christine Frazer, Agent
350 Clinton Street, Suite A
Costa Mesa, CA 92626


Elizabeth Perry
c/o Fransen and Molinaro, LLP
4160 Temescal Canyon Road, Ste. 302
Corona, CA 92883


Employment Development Dept.
800 Capital Mall MIC 3A
Sacramento, CA 94230-0001

EMS Management, Inc.
2900 Bristol Street, Suite B-300
Costa Mesa, CA 92626


EMS Toxicology
2900 Bristol Street, Suite B-300
Costa Mesa, CA 92626


FPS, LLC
2900 Bristol Street, Suite B300
Costa Mesa, CA 92626


Franchise Tax Board
Bankruptcy Section, MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952


Gelber Schachter & Greenberg
1221 Brickell Avenue, Suite 2010
Miami, FL 33131


GGG Partners, LLC
3155 Roswell Road NW, Suite 120
Atlanta, GA 30305


H&J Toxicology, LLC
2900 Bristol Street, Suite B-300
Costa Mesa, CA 92626


Hardesty, LLC
19800 MacArthur Blvd., Suite 820
Irvine, CA 92612

Herr Pedersen & Berglund LLP
100 Willow Plaza, Suite 300
Visalia, CA 93291


Hope's Landing
2900 Bristol Street, Suite B-300
Costa Mesa, CA 92626


Insperity PEO Services, L.P.
19001 Crescent Springs Drive
Attn: General Counsel
Kingwood, TX 77339-3802


Insurgence, LLC
351 E. Roberts Lane
Attn: Suzanne Schuler
Bakersfield, CA 93308


Intacct
300 Park Avenue, Suite 1400
San Jose, CA 95110


Intacct
Dept. 3237
P.O. Box 123237
Dallas, TX 75312-3237


Intelex
70 University Avenue, Suite 800
Toronto, ON M5J 2M4
CANADA


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Internet Training Products, Inc.
24 Balboa Coves
Newport Beach, CA 92663


Iron Mountain
1000 Campus Drive
Collegeville, PA 19426


Jacks Properties I, LLC
6933 E. Bonanza Road
Las Vegas, NV 89110


Jackson Lewis P.C.
58 South Service Road, Suite 250
Melville, NY 11747


John Biroc, Ph.D
188 Temple Avenue, Suite 402
Long Beach, CA 90803


Karen Shandrow
30 Balboa CVS
Newport Beach, CA 92663


Kevin Hutto


Kipu Systems LLC
444 Brickell Avenue, Suite 850
Miami, FL 33131

LeClairRyan
4405 Cox Road, Suite 200
Glen Allen, VA 23060


Life Ring Recovery, LLC
25230 Cabot Road
Laguna Hills, CA 92653


Live 4 Recovery
8133 Spectrum
Irvine, CA 92618


Long Beach Recovery, Inc.
2900 Bristol Street, Suite B-300
Costa Mesa, CA 92626


Mabrisa Equities, LLC
2017 Calle De Los Alamos
San Clemente, CA 92672


Mark Shandrow
19775 MacArthur Blvd, Suite 240
Irvine, CA 92612


MASH, LLC
c/o Kahana & Feld, P.C.
3 Hutton Centre Drive, Suite 685
Santa Ana, CA 92707


Mercer
17901 Von Karman Avenue, Suite 1100
Irvine, CA 92614

Michelman & Robinson LLP
10880 Wilshire Blvd., 19th Floor
Los Angeles, CA 90024


Morgan, Lewis & Bockius LLP
600 Anton Blvd., Suite 1800
Costa Mesa, CA 92626-7653


NexTraq
1200 Lake Hearn Drive, Suite 500
Atlanta, GA 30319


NexTraq
c/o Law Offices of Nathan Neuman
700 Lake Drive
Ambler, PA 19002-5084


O.C. Harbor Professional Center LLC
2900 Bristol Street, Suite E202
Costa Mesa, CA 92626


O.C. Harbor Professional Center LLC
c/o John J. Pulles, Agent
2900 Bristol Street, Suite E202
Costa Mesa, CA 92626


Palmieri Tyler
1900 Main Street, Suite 700
Irvine, CA 92614


Paul Mazdiyasni
35 Blakely
Irvine, CA 92620

Peterson Law Group
19800 MacArthur Blvd., Suite 290
Irvine, CA 92612


Pure Life Recovery, LLC
180 Avenida La Pata, Suite 104
San Clemente, CA 92673


Real Property Management OC Metro
1633 E. 4th Street, Suite 152
Santa Ana, CA 92701


Realty One Group
8395 W. Sunsent Rd. #190
Las Vegas, NV 89113


Recovery Brands
517 4th Avenue, Suite 402
San Diego, CA 92101


Recovery Information Services, LLC
2900 Bristol Street, Suite B-300
Costa Mesa, CA 92626


Revenue Health Solutions, LLC
3110 Edwards Mill Road, Suite 300
Raleigh, NC 27612


RingCentral Inc.
Dept. CH 19585
Palatine, IL 60055-9585

Rock Solid Recovery
2900 Bristol Street, Suite B-300
Costa Mesa, CA 92626


Rutan & Tucker, LLP
611 Anton Blvd., Suite 1400
Costa Mesa, CA 92628-1950


Sage Creek Toxicology, Inc.
2900 Bristol Street, Suite B-300
Costa Mesa, CA 92626


Sherrie and Jeff Ptak
c/o Parker MIlls LLP
800 W. 6th Street, Suite 500
Los Angeles, CA 90017


Silver Rock Recovery
2900 Bristol Street, Suite B-300
Costa Mesa, CA 92626


Stephen J. Fennelly
1 Troon Drive
Newport Beach, CA 92660


Stor-It Self Storage
961 W. 17th Street
Costa Mesa, CA 92627


Sure Haven, Inc.
2900 Bristol Street, Suite B-300
Costa Mesa, CA 92626

SYG Health Systems Inc.
180 North Rexford Drive
Beverly Hills, CA 90210


Thomson Reuters - West
Payment Center
P.O. Box 6292
Carol Stream, IL 60197-6292


TPX Communications
515 S. Flower Street, 47th Floor
Los Angeles, CA 90071-2201


Tracy L. Allen
44 First Street
Mount Clemens, MI 48043


Tuyen Sam
16560 San Andres Street
Fountain Valley, CA 92708


Utelogy Corporation
2900 Bristol Street, Suite B201
Costa Mesa, CA 92626


Valeo Resources, LLC
3801 PGA Boulevard, Suite 1001
Palm Beach Gardens, FL 33410


Vertebrae
1340 E. 6th Street, Unit 419
Los Angeles, CA 90021

voJ. Najera Plumbing Co.
312 E. Grant Street
Santa Ana, CA 92701


Wex Bank
P.O. Box 6293
Carol Stream, IL 60197-6293

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA

| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>**David L. Neale**<br>**Levene, Neale, Bender, Yoo & Brill LLP**<br>**10250 Constellation Blvd.**<br>**Suite 1700**<br>**Los Angeles, CA 90067**<br>**(310) 229-1234**<br>**141225**<br><br>*Attorney for:* Debtor | CASE NO.:<br>CHAPTER: 11<br>ADVERSARY NO.:<br>(if applicable) |
| In re:<br><br>**Solid Landings Behavioral Health, Inc.**<br><br>Debtor(s). | **ELECTRONIC FILING DECLARATION<br>(CORPORATION/PARTNERSHIP)**<br><br>**[LBR 1002-1(f)]** |

| | | |
|---|---|---|
| ☑ | Petition, statement of affairs, schedules or lists | Date Filed: _____ |
| ☐ | Amendments to the petition, statement of affairs, schedules or lists | Date Filed: _____ |
| ☐ | Other *(specify):* _____ | Date Filed: _____ |

## PART I - DECLARATION OF SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct printed copy of the Filed Document in such places on behalf of the Filing Party and provided the executed printed copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

Date: _____

Signature (handwritten) of authorized signatory of Filing Party

**Katie S. Goodman**
Printed name of authorized signatory of Filing Party

**Chief Restructuring Officer**
Title of authorized signatory of Filing Party

## PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed Part I - *Declaration of Authorized Signatory of Debtor or Other Party of this Declaration* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct printed copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration* and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this Declaration and the Filed Document available for review upon request of the court or other parties.

Date: **5/31/17**

Signature (handwritten) of attorney for Filing Party

**David L. Neale 141225**
Printed Name of attorney for Filing Party

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                                                                 F 1002-1.DEC.ELEC.FILING.NONINDIVIDUAL