PETER C. ANDERSON
United States Trustee
NANCY S. GOLDENBERG (SBN 167544)
Attorney for the U.S. Trustee
Ronald Reagan Federal Building & U.S. Courthouse
411 W. 4th Street, Ste. 7160
Santa Ana, CA 92701-8000
Telephone: (714) 338-3400
Facsimile: (714) 338-3421
Email: nancy.goldenberg@usdoj.gov

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>SOLID LANDINGS BEHAVIORAL HEALTH, INC., *et al.*,<br><br>    Debtors and<br>    Debtors in Possession.<br><br>___  Affects Cedar Creek Recovery, Inc. Only<br>_X_ Affects EMS Toxicology Only<br>___  Affects Silver Rock Recovery Only<br>_X_ Affects Solid Landings Behavioral Health, Inc. Only<br>_X_ Affects Sure Haven, Inc. Only<br>___  Affects All Debtors | Case No. 8:17-bk-12213-CB<br><br>Jointly Administered With:<br>Case No. 8:17-bk-12218-CB<br>Case No. 8:17-bk-12221-CB<br>Case No. 8:17-bk-12222-CB<br>Case No. 8:17-bk-12223-CB<br><br>Chapter 11<br><br>**APPOINTMENT AND NOTICE OF APPOINTMENT OF JOINT COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS IN:**<br><br>**(1) Solid Landings Behavioral Health, Inc. (17-bk-12213-CB);**<br>**(2) EMS Toxicology (17-bk-12221-CB);**<br>**(3) Sure Haven, Inc. (17-bk-12223-CB)** |

**TO THE HONORABLE CATHERINE BAUER, UNITED STATES BANKRUPTCY JUDGE, DEBTORS, DEBTORS' ATTORNEY AND PARTIES IN INTEREST:**

1

Pursuant to 11 U.S.C. §1102(a)(1), the undersigned hereby appoints the following five members to serve on a Joint Committee of Creditors holding unsecured claims in the cases of Solid Landings Behavioral Health, Inc. (17-bk-12213-CB), EMS Toxicology (17-bk-12221-CB), and Sure Haven, Inc. (17-bk-12223-CB).

**SEE EXHIBIT "A" ATTACHED**

DATED: June 13, 2017                UNITED STATES TRUSTEE

/s/ Peter C. Anderson
By: Peter C. Anderson
    United States Trustee for Region 16

2

Case 8:17-bk-12213-CB    Doc 55    Filed 06/13/17    Entered 06/13/17 15:01:53    Desc
Main Document    Page 3 of 6

# EXHIBIT "A"

1. Western Slope Laboratory, LLC
   Thomas L. McCormick
   1197 Rochester Rd., Suite K
   Troy, MI 48083
   Phone (248) 307-1168 ext. 22

2. Alvarado Smith, APC
   S. Christopher Yoo
   1 MacArthur Place, Suite 200
   Santa Ana, CA 92707
   Phone (714) 852-6800

3. Berkshire Hathaway Homestate Insurance Co.
   Dan Lidolph
   1314 Douglas Street
   Omaha, NE 68102
   Phone (402) 399-3112

4. Blue Cross of California, dba Anthem Blue Cross
   c/o Steven M. Cohen
   21555 Oxnard St., Mailstop CAA C01-0018
   Woodland Hills, CA 91367
   Phone (818) 234-6269

5. Advanced IT Management
   Michael Stefani
   19800 MacArthur Blvd., Suite 650
   Irvine, CA 92612
   Phone (714) 272-8797

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**411 West Fourth Street, Suite 7160, Santa Ana, CA 92701**

A true and correct copy of the foregoing document entitled (*specify*):

**APPOINTMENT AND NOTICE OF APPOINTMENT OF JOINT COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS IN:**
  **(1) Solid Landings Behavioral Health, Inc. (17-bk-12213-CB);**
  **(2) EMS Toxicology (17-bk-12221-CB);**
  **(3) Sure Haven, Inc. (17-bk-12223-CB)**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) **June 13, 2017**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) **June 13, 2017,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **June 13, 2017,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 13, 2017 | Michael Hauser | /s/ Michael Hauser |
|---|---|---|
| Date | Print Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                    **F 9013-3.1.PROOF.SERVICE**

**ADDITIONAL SERVICE INFORMATION**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

| Name | Capacity | Email Address |
|---|---|---|
| Randye B. Soref | Alpine Pacific Capital LLC | rsoref@polsinelli.com |
| Stuart Koenig | Anthem Blue Cross of CA | Skoenig@leechtishman.com |
| Jeffrey Garfinkle | Capstar Bank | jgarfinkle@buchalter.com |
| Jennifer Crastz | | jcrastz@hemar-rousso.com |
| Mark S. Horoupian | Mark Shandrow | mhoroupian@sulmeyerlaw.com |
| David Neale | Debtor's Attorney | dln@lnbyb.com |
| Juliet Oh | Debtor's Attorney | jyo@lnbrb.com |
| Nancy Goldenberg | UST Attorney | nancy.goldenberg@usdoj.gov |
| Queenie Ng | UST Attorney | queenie.k.ng@usdoj.gov |
| Christine Etheridge | Wells Fargo Vendor Financial | christine.etheridge@ikonfin.com |

*SEE NEF FOR CONFIRMATION OF ELECTRONIC TRANSMISSION TO THE U.S. TRUSTEE AND ANY TRUSTEE IN THIS CASE, AND TO ANY ATTORNEYS WHO RECEIVE SERVICE BY NEF.*

2. **SERVED BY U.S. MAIL**

Debtor:
**Solid Landings Behavioral Health, Inc.**
EMS Toxicology
Sure Haven, Inc.
2900 Bristol Street, Suite B-300
Costa Mesa, CA 92626

Committee Members
Western Slope Laboratory, LLC
Thomas L. McCormick
1197 Rochester Rd., Suite K
Troy, MI 48083

Alvarado Smith, APC
S. Christopher Yoo
1 MacArthur Place, Suite 200
Santa Ana, CA 92707

Berkshire Hathaway Homestate Insurance Co.
Dan Lidolph
1314 Douglas Street
Omaha, NE 68102

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                    **F 9013-3.1.PROOF.SERVICE**

Blue Cross of California, dba Anthem Blue Cross
c/o Steven M. Cohen
21555 Oxnard St., Mailstop CAA C01-0018
Woodland Hills, CA 91367

Advanced IT Management
Michael Stefani
19800 MacArthur Blvd., Suite 650
Irvine, CA 92612

3.  **SERVED BY (state method for each person served):**

**PERSONAL DELIVERY, FACSIMILE OR EMAIL**

Judge's Copy

Honorable Catherine E. Bauer – bin on the 5th Floor

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**