PETER C. ANDERSON
United States Trustee
FRANK CADIGAN
Assistant United States Trustee
NANCY S. GOLDENBERG (SBN 167544)
Attorney for the U.S. Trustee
Ronald Reagan Federal Building & U.S. Courthouse
411 W. 4th Street, Ste. 7160
Santa Ana, CA 92701-8000
Telephone: (714) 338-3400
Facsimile: (714) 338-3421
Nancy.Goldenberg@usdoj.gov

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>SOLID LANDINGS BEHAVIORAL HEALTH, INC., *et al.*,<br><br>    Debtors and<br>    Debtors in Possession.<br><br>___ Affects Cedar Creek Recovery, Inc. Only<br>_X_ Affects EMS Toxicology Only<br>___ Affects Silver Rock Recovery Only<br>_X_ Affects Solid Landings Behavioral Health, Inc. Only<br>_X_ Affects Sure Haven, Inc. Only<br>___ Affects All Debtors | Case No. 8:17-bk-12213-CB<br><br>Jointly Administered With:<br>Case No. 8:17-bk-12218-CB<br>Case No. 8:17-bk-12221-CB<br>Case No. 8:17-bk-12222-CB<br>Case No. 8:17-bk-12223-CB<br><br>Chapter 11<br><br>**AMENDED APPOINTMENT AND NOTICE OF AMENDED APPOINTMENT OF JOINT COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS IN:**<br><br>**(1) Solid Landings Behavioral Health, Inc. (17-bk-12213-CB);**<br>**(2) EMS Toxicology (17-bk-12221-CB);**<br>(3) **Sure Haven, Inc. (17-bk-12223-CB)** |

**TO THE HONORABLE CATHERINE BAUER, UNITED STATES BANKRUPTCY JUDGE, DEBTORS, DEBTORS' ATTORNEY AND PARTIES IN INTEREST:**

1

1  Pursuant to 11 U.S.C. §1102(a)(1), the undersigned hereby appoints the following four

2  members to serve on a Joint Committee of Creditors holding unsecured claims in the cases of

3  Solid Landings Behavioral Health, Inc. (17-bk-12213-CB), EMS Toxicology (17-bk-12221-CB),

4  and Sure Haven, Inc. (17-bk-12223-CB)

**SEE EXHIBIT "A" ATTACHED**

DATED:  July 13, 2017               PETER C. ANDERSON
                                    UNITED STATES TRUSTEE

                                    /s/ Frank Cadigan
                                    By: Frank Cadigan
                                    Assistant U.S. Trustee

//

//

//

2

In Re: SOLID LANDINGS BEHAVIORAL HEALTH, INC., *et al.*,

1. Western Slope Laboratory, LLC
   Thomas L. McCormick
   1197 Rochester Rd., Suite K
   Troy, MI 48083
   Phone (248) 307-1168 ext. 22

2. Alvarado Smith, APC
   S. Christopher Yoo
   1 MacArthur Place, Suite 200
   Santa Ana, CA 92707
   Phone (714) 852-6800

3. Berkshire Hathaway Homestate Insurance Co.
   Dan Lidolph
   1314 Douglas Street
   Omaha, NE 68102
   Phone (402) 399-3112

4. Blue Cross of California, dba Anthem Blue Cross
   c/o Steven M. Cohen
   21555 Oxnard St., Mailstop CAA C01-0018
   Woodland Hills, CA 91367
   Phone (818) 234-6269

**EXHIBIT 'A'**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is

OFFICE OF THE U.S. TRUSTEE, 3801 University Ave. #720, Riverside, CA  92501

A true and correct copy of **AMENDED APPOINTMENT AND NOTICE OF AMENDED APPOINTMENT OF JOINT COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS IN: Solid Landings Behavioral Health, Inc. (17-bk-12213-CB); EMS Toxicology (17-bk-12221-CB); Sure Haven, Inc. (17-bk-12223-CB)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **July 13, 2017,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Franklin C Adams    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com;lisa.spencer@bbklaw.com
- Adam N Barasch    anb@severson.com, dgl@severson.com;efiling@severson.com
- Jennifer Witherell Crastz    jcrastz@hemar-rousso.com
- Christine R Etheridge    christine.etheridge@ikonfin.com
- Jeffrey K Garfinkle    jgarfinkle@buchalter.com, docket@buchalter.com;dcyrankowski@buchalter.com
- Nancy S Goldenberg    nancy.goldenberg@usdoj.gov
- Michael I Gottfried    mgottfried@lgbfirm.com, kalandy@lgbfirm.com;srichmond@lgbfirm.com;mmocciaro@lgbfirm.com
- Mark S Horoupian    mhoroupian@sulmeyerlaw.com, ppenn@sulmeyerlaw.com;mhoroupian@ecf.inforuptcy.com;dperez@sulmeyerlaw.com;ppenn@ecf.inforuptcy.com
- Stuart I Koenig    Skoenig@leechtishman.com, fscardino@leechtishman.com;jabrams@leechtishman.com
- Jeffrey S Kwong    jsk@lnbyb.com, jsk@ecf.inforuptcy.com
- Mohammed Lala    mohammed.lala@aissolution.com
- Randall P Mroczynski    randym@cookseylaw.com
- David L. Neale    dln@lnbyb.com
- Queenie K Ng    queenie.k.ng@usdoj.gov
- Juliet Y Oh    jyo@lnbrb.com, jyo@lnbrb.com
- Valerie Smith    claims@recoverycorp.com
- Randye B Soref    rsoref@polsinelli.com, acruickshank@polsinelli.com
- Cathy Ta    cathy.ta@bbklaw.com, Arthur.Johnston@bbklaw.com;lisa.spencer@bbklaw.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Michael D Vanlochem    janguiano@vandc.net
- S Christopher Yoo    cyoo@alvaradosmith.com, crosas@alvaradosmith.com
- Roye Zur    rzur@lgbfirm.com, kalandy@lgbfirm.com;srichmond@lgbfirm.com;mmocciaro@lgbfirm.com;emeza@lgbfirm.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

**2.  SERVED BY UNITED STATES MAIL**:  On **July 13, 2017,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Solid Landings Behavioral Health, Inc.**
Attn: Katie S. Goodman, CRO
2900 Bristol Street, Suite B-300
Costa Mesa, CA 92626

SEE EXHIBIT A

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **July 13 2017,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA FEDERAL EXPRESS OVERNIGHT MAIL:**
Honorable Catherine Bauer--U.S. Bankruptcy Court, 411 West Fourth St., 5th floor, Santa Ana, CA  92701

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 7/13/17 | Tari King | /s/ Tari King |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**