1 | Michael I. Gottfried, SBN 146689
mgottfried@lgbfirm.com
2 | Roye Zur, SBN 273875
rzur@lgbfirm.com
3 | Landau Gottfried & Berger LLP
1801 Century Park East, Suite 700
4 | Los Angeles, California 90067
Tel: 310-557-0050
5 | Fax: 310-557-0056

6 | Attorneys for the Joint Committee of
Creditors Holding Unsecured Claims

7 |



FILED & ENTERED

MAR 22 2018

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY firman    DEPUTY CLERK

8 |

## UNITED STATES BANKRUPTCY COURT

9 | ## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

10 |

11 | In re

12 | SOLID LANDINGS BEHAVIORAL
HEALTH, INC., *et al.*,

13 |

14 |          Debtors and
          Debtors-In-Possession.

15 |

16 | ☐ Affects Cedar Creek Recovery, Inc. Only

17 | ☐ Affects EMS Toxicology Only

18 | ☐ Affects Silver Rock Recovery Only
☐ Affects Solid Landings Behavioral
Health,

19 |     Inc. Only

20 | ☐ Affects Sure Haven, Inc. Only
☒ Affects All Debtors

21 |

Case No. 8:17-bk-12213-CB

Jointly Administered With Case Nos. 8:17-bk-12218-CB, 8:17-bk-12221-CB, 8:17-bk-12222-CB, 8:17-bk-12223-CB

Chapter 11

**ORDER CONFIRMING JOINT PLAN OF LIQUIDATION**

Confirmation Hearing:
Date:    February 28, 2018
Time:    10:00 a.m.
Courtroom: 5D
Address:  411 W. 4th St., Santa Ana, CA 92701

22 | A hearing was held on February 28, 2018, at 10:00 a.m., before the Honorable Catherine E.

23 | Bauer, United States Bankruptcy Judge for the Central District of California, in Courtroom 5D located at

24 | 411 West Fourth St., Santa Ana, CA, on the Joint Plan of Liquidation of Solid Landings Behavioral

25 | Health, Inc., and Its Affiliated Debtors, and the Joint Committee of Creditors Holding Unsecured Claims

26 | in Solid Landings Behavioral Health, Inc., EMS Toxicology, and Sure Haven, Inc., Dated November 1,

27 | 2017 filed November 1, 2017 as Docket #401 ("Plan"). Appearances were made as noted on the record.

28 | //

2

1    The Court having read and considered all papers filed in connection with the Plan and the Plan

2    confirmation process, heard the representations of counsel, noted the lack of objections, finding that the

3    notice was appropriate and complies with the applicable provisions of 11 U.S.C. § 1129(a) and 11

4    U.S.C. § 1129(b), and with good cause shown,

5    IT IS ORDERED:

6    1.    The Plan and is confirmed.

7    2.    The Court retains jurisdiction, after the Effective Date, over matters arising in these

8    Chapter 11 cases as set forth in the Plan.

9    ###

Date: March 22, 2018

Catherine Bauer
United States Bankruptcy Judge