RODGER M. LANDAU (SBN 151456)
rlandau@lgbfirm.com
LANDAU GOTTFRIED & BERGER LLP
1880 Century Park East, Suite 1101
Los Angeles, California 90067
Telephone: (310) 557-0050
Facsimile: (310) 557-0056

Attorneys for Howard B. Grobstein,
Liquidating Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>SOLID LANDINGS BEHAVIORAL HEALTH, INC., *et al.*,<br><br>        Debtors and<br>        Debtors-In-Possession.<br><br>---<br><br>☐ Affects Cedar Creek Recovery, Inc. Only<br>☐ Affects EMS Toxicology Only<br>☐ Affects Silver Rock Recovery Only<br>☐ Affects Solid Landings Behavioral Health, Inc. Only<br>☐ Affects Sure Haven, Inc. Only<br>☒ Affects All Debtors | Case No. 8:17-bk-12213-CB<br><br>Jointly Administered With Case No. 8:17-bk-12218; Case No. 8:17-bk-12221; Case No. 8:17-bk-12222; Case No. 8:17-bk-12223<br><br>Chapter 11<br><br>**FIFTH POST-CONFIRMATION STATUS REPORT**<br><br>**Hearing Date and Time:**<br>Date: January 29, 2020<br>Time: 10:00 a.m.<br>Place: 411 West Fourth Street<br>      Courtroom 5D<br>      Santa Ana, CA 92701 |

LANDAU GOTTFRIED & BERGER LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**TO THE HONORABLE CATHERINE E. BAUER, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND POST-EFFECTIVE DATE NOTICE PARTIES:**

Howard B. Grobstein (the "Liquidating Trustee"), the Liquidating Trustee for the Liquidating Trust of Solid Landings Behavioral Health, Inc., et al., hereby submits this post-confirmation status report.

On March 22, 2018, the Court entered an order confirming the *Joint Plan of Liquidation of Solid Landings Behavioral Health, Inc., and Its Affiliated Debtors, and the Joint Committee of Creditors Holding Unsecured Claims in Solid Landings Behavioral Health, Inc., EMS Toxicology, and Sure Haven, Inc., Dated November 1, 2017* (the "Plan") [Docket No. 401]. As such, pursuant to the Plan, the "Effective Date" of the Plan was April 9, 2018. On that date, the Liquidating Trustee was appointed to administer the Liquidating Trust.

## I.    Payment of Administrative and Priority Claims

Following the Effective Date, the Trustee made distributions to all holders of allowed priority claims and priority tax claims. There remains approximately $119,000 in cash on hand.

Pursuant to the Plan, the Administrative Claims Bar Date was 30 days following the Effective Date. With the exception of professionals (discussed below), no entity filed an administrative claim by that deadline.

## II.    Pre-Effective Date Professional Fee Claims

On May 2, 2018, the Court held a hearing on the pre-Effective Date professional fee claims of the Levene Neale Bender Yoo & Brill, L.L.P. (Debtors' counsel), Landau Gottfried & Berger LLP (Committee's counsel); GGG Partners, LLC (Debtors' CRO); and Lewis Brisbois Bisgaard & Smith LLP (Debtors' special counsel). All applications were granted in full and have been paid as provided in the Court's orders.

## III.    The Contempt Motion Against the Former Shareholders and their Counsel

On August 30, 2017, Steve Fennelly and Elizabeth Perry (the "Former Shareholders") filed a Complaint against, inter alia, Gerik Degner, Alpine Pacific Capital, LLC ("Alpine"), and the Morgan Lewis law firm in the Superior Court of the State of California, County of Orange, case no.

LANDAU GOTTFRIED & BERGER LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1

LANDAU GOTTFRIED & BERGER LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1  30-2017-00900877-CU ("State Court Action").  The Liquidating Trustee informed the Former

2  Shareholders that a substantial portion of the claims in the State Court Action belong to the

3  Debtors' estate, and requested that the Former Shareholders amend and/or withdraw the Complaint.

4  Counsel for the Former Shareholders agreed to amend the Complaint, and the State Court Action

5  was put on hold.  Subsequently, the Liquidating Trustee and the Former Shareholders agreed, in

6  principal, to a deal pursuant to which the Liquidating Trustee agreed to sell the Liquidating

7  Trust/estate's claims (other than avoidance actions) to the Former Shareholders in exchange for a

8  percentage of any recoveries.  The agreement was not consummated, and the Liquidating Trustee

9  informed the Former Shareholders that any further pursuit of the State Court Action is a violation of

10  the automatic stay and the orders of this Court.

11       On January 29, 2019, the Liquidating Trustee filed a motion for issuance of an order to

12  show cause re contempt against the Former Shareholders and their counsel in the State Court

13  Action, Herr Pedersen & Berglund LLP (the "Herr Firm") [Docket No. 506].  On April 24, 2019,

14  the Court held a hearing on the Liquidating Trustee's motion.

15       Following that hearing, the Court entered an order granting the Liquidating Trustee's

16  motion [Docket No. 519] and an order to show cause (the "OSC") [Docket No. 520] re contempt

17  against the Former Shareholders and the Herr Firm.  Among other things, the OSC required the

18  Former Shareholders and the Herr Firm to dismiss the State Court Action.  The Liquidating Trustee

19  understands that the Former Shareholders dismissed the State Court Action (it is unclear whether

20  the dismissal was "with prejudice" or "without prejudice").  Following issuance of the OSC, the

21  Liquidating Trustee agreed to seek multiple continuances of the hearing on the OSC (subject, of

22  course, to this Court's approval) and to postpone seeking damages against the Former Shareholders,

23  in exchange for the Former Shareholders' assistance in the Liquidating Trustee's pursuit of

24  litigation on behalf of the Liquidating Trust.[1]

25       On December 2, 2019, the Liquidating Trustee entered into a stipulation with the Former

26

27  _____
[1]  The Former Shareholders also agreed not to file any lawsuit (based on any cause of action whatsoever) against
the defendants in the State Court Action without seeking express authorization from the Liquidating Trustee.

28

1  Shareholders pursuant to which the Liquidating Trustee agreed to seek discharge of the OSC in

2  exchange for the Former Shareholders' agreement to continue to provide information necessary for

3  the Liquidating Trustee's pursuit of actions on behalf of the Liquidating Trust.  [Docket No. 568.]

4  On December 3, 2019, the Court entered an order approving the stipulation and discharging the

5  OSC.

6      **IV.**    **Potential Insider Litigation**

7        One of the assets of the Debtors' estate is potential litigation claims against the Debtors'

8  former insiders, Alpine and Mr. Degner.  The Liquidating Trustee and Alpine/Mr. Degner have

9  entered into a tolling agreement (which expires on January 31, 2020) to provide the parties with an

10  opportunity to resolve this potential litigation consensually and prior to the Liquidating Trustee's

11  commencement of litigation.  Although the parties attended a pre-litigation mediation before the

12  Honorable Randall J. Newsome (Ret.) of JAMS in Los Angeles on November 13, 2019, and

13  continued to discuss settlement thereafter, the parties have been unable to reach a settlement to date.

14        In connection with the pursuit of the aforementioned claims against Alpine/Mr. Degner, the

15  Liquidating Trustee has retained Landau Gottfried & Berger LLP as special litigation counsel on a

16  contingency fee basis.  On October 22, 2019, the Court entered an order approving the Liquidating

17  Trustee's retention of Landau Gottfried & Berger LLP as special litigation counsel pursuant to the

18  contingency fee arrangement described in the Liquidating Trustee's motion.  [Docket No. 566.]

19      **V.**    **Avoidance Actions**

20        On May 31, 2019, the Liquidating Trustee filed nine adversary proceedings against nine

21  separate defendants in this Court, seeking avoidance and recovery of hundreds of thousands of

22  dollars in pre-petition preferential transfers made by the Debtors.  The Liquidating Trustee has

23  resolved all but one of those adversary proceedings.

24  / / /

25  / / /

26  / / /

27

28

LANDAU GOTTFRIED & BERGER LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**VI.    <u>Conclusion</u>**

Based on the foregoing, the Liquidating Trustee respectfully requests that the Court continue the post-confirmation status conference in this case for approximately 120 days.  The Liquidating Trustee expects to seek a final decree closing these Chapter 11 cases prior to such continued status conference.

Dated:  January 21, 2020                               LANDAU GOTTFRIED & BERGER LLP


                                                    By: /s/ Rodger M. Landau
                                                        RODGER M. LANDAU
                                                        Attorneys for Howard B. Grobstein,
                                                        Liquidating Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**LANDAU GOTTFRIED & BERGER LLP, 1880 Century Park East, Suite 1101, Los Angeles, CA 90067.**

A true and correct copy of the foregoing document entitled (*specify*): ***Fifth Post-Confirmation Status Report*** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **January 21, 2020,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **January 21, 2020,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

| | | |
|---|---|---|
| **Honorable Catherine E. Bauer** | **Susan Goodman** | **Travis Easton** |
| United States Bankruptcy Court | Mesch Clark Rothschild | Easton & Easton |
| Central District of California | 259 North Meyer Avenue | 750 Town Center Dr. Ste 1850 |
| Ronald Reagan Federal Building and Courthouse | Tucson, AZ 85701 | Costa Mesa, CA 92626 |
| 411 West Fourth Street, Suite 5165 | | |
| Courtroom 5D | | |
| Santa Ana, CA 92701-4593 | | |

**Levene, Neale Bender Rankin & Brill LLP**
10250 Constellation Blvd Ste 1700
Los Angeles, CA 90067

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)_____ I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| January 21, 2020 | Anastasia Vedrova | */s/ Anastasia Vedrova* |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

1.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF) (continued)**:

- **Franklin C Adams**    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com;lisa.spencer@bbklaw.com
- **Bret D. Allen**    ca.ecf@bretallen.com, bankruptcy@theallenlawfirm.com
- **Adam N Barasch**    anb@severson.com, cas@severson.com;nye@severson.com
- **Joseph Corrigan**    Bankruptcy2@ironmountain.com
- **Jennifer Witherell Crastz**    jcrastz@hrhlaw.com
- **Christine R Etheridge**    christine.etheridge@ikonfin.com
- **Nathan Fransen**    nfransen@fransenandmolinaro.com, deforest@fmattorney.com
- **Thomas M Gaa**    tgaa@bbslaw.com
- **Jeffrey K Garfinkle**    jgarfinkle@buchalter.com, docket@buchalter.com;dcyrankowski@buchalter.com
- **Nancy S Goldenberg**    nancy.goldenberg@usdoj.gov
- **Michael I. Gottfried**    mgottfried@elkinskalt.com
- **Mirco J Haag**    mhaag@buchalter.com, dcyrankowski@buchalter.com;docket@buchalter.com
- **Mark S Horoupian**    mhoroupian@sulmeyerlaw.com, dwalker@sulmeyerlaw.com;mhoroupian@ecf.inforuptcy.com
- **Tae-Yoon Kim**    tae.kim@cellinoandbarnes.com
- **Stuart I Koenig**    Skoenig@leechtishman.com, sfrey@leechtishman.com;jabrams@leechtishman.com
- **Scott A Kron**    scott@kronandcard.com
- **Jeffrey S Kwong**    jsk@lnbyb.com, jsk@ecf.inforuptcy.com
- **Mohammed Lala**    mohammed.lala@aissolution.com
- **William K Mills**    mills@parkermillsllp.com, sally@parkermillsllp.com
- **Randall P Mroczynski**    randym@cookseylaw.com
- **David L. Neale**    dln@lnbyb.com
- **Queenie K Ng**    queenie.k.ng@usdoj.gov
- **Juliet Y Oh**    jyo@lnbrb.com, jyo@lnbrb.com
- **Dipika Parmar**    dipika.parmar@aissolution.com
- **Christopher O Rivas**    crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- **David M Samuels**    david.samuels@lewisbrisbois.com, robin.nash-dankwa@lewisbrisbois.com
- **Shawn Shaffie**    shaffie@parkermillsllp.com, rodriguez@parkermillsllp.com
- **Paul R Shankman**    pshankman@jhindslaw.com, mduran@jhindslaw.com
- **Valerie Smith**    claims@recoverycorp.com
- **Randye B Soref**    rsoref@polsinelli.com, ccripe@polsinelli.com;ladocketing@polsinelli.com
- **Eugenia L Steele**    , EUGLYNN@ME.COM
- **Cathy Ta**    cta@sulmeyerlaw.com, dperez@sulmeyerlaw.com;cblaire@sulmeyerlaw.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **Michael D Vanlochem**    janguiano@vandc.net
- **Joseph M Welch**    jwelch@buchalter.com, dcyrankowski@buchalter.com;docket@buchalter.com
- **S Christopher Yoo**    cyoo@alvaradosmith.com, sstclair@alvaradosmith.com
- **Roye Zur**    rzur@lgbfirm.com, srichmond@lgbfirm.com;vrichmond@lgbfirm.com;avedrova@lgbfirm.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                      **F 9013-3.1.PROOF.SERVICE**