# UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

In re: SOLID LANDINGS BEHAVIORAL HEALTH, INC. et al.,

Debtor(s)

Case No. 17-12213

Lead Case No. 17-12213

☒ Jointly Administered

## Post-confirmation Report

Chapter 11

Quarter Ending Date: 12/31/2021

Petition Date: 06/01/2017

Plan Confirmed Date: 02/28/2018

Plan Effective Date: 04/09/2018

This Post-confirmation Report relates to:  ○ Reorganized Debtor

⦿ Other Authorized Party or Entity: Liquidating Trust of Solid Landings Behavioral Health, Inc.

Name of Authorized Party or Entity

/s/ Howard Grobstein
Signature of Responsible Party

01/14/2022
Date

Howard Grobstein, Liquidating Trustee
Printed Name of Responsible Party

6300 Canoga Avenue Suite 1500W
Woodland Hills, CA 91367
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name SOLID LANDINGS BEHAVIORAL HEALTH, INC. et al.,    Case No. 17-12213

## Part 1: Summary of Post-confirmation Transfers

| | Current Quarter | Total Since Effective Date |
|---|---:|---:|
| a. Total cash disbursements | $475,268 | $1,275,977 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $475,268 | $1,275,977 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---:|---:|---:|---:|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor    *Aggregate Total* | | $0 | $180,459 | $0 | $180,459 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Levene, Neal Bender Yoo & B | Lead Counsel | $0 | $70,376 | $0 | $70,376 |
| ii | Landau Gottfried & Berger, LL | Special Counsel | $0 | $100,217 | $0 | $100,217 |
| iii | Barbara Crofts | Financial Professional | $0 | $1,650 | $0 | $1,650 |
| iv | Hardesty LLC | Financial Professional | $0 | $1,650 | $0 | $1,650 |
| v | GGG Partners LLC | Financial Professional | $0 | $6,566 | $0 | $6,566 |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |

Debtor's Name SOLID LANDINGS BEHAVIORAL HEALTH, INC. et al., Case No. 17-12213

| | | | | | | |
|---|---|---|---|---|---|---|
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |

Debtor's Name SOLID LANDINGS BEHAVIORAL HEALTH, INC. et al.,   Case No. 17-12213

| | | | | | |
|---|---|---|---|---|---|
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |
| xcix | | | | | |
| c | | | | | |
| ci | | | | | |

| | | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor   *Aggregate Total* | | | $0 | $0 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | | | $0 | $0 | $0 | $0 |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |

Debtor's Name SOLID LANDINGS BEHAVIORAL HEALTH, INC. et al.,    Case No. 17-12213

|   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|
| vii |  |  |  |  |  |  |
| viii |  |  |  |  |  |  |
| ix |  |  |  |  |  |  |
| x |  |  |  |  |  |  |
| xi |  |  |  |  |  |  |
| xii |  |  |  |  |  |  |
| xiii |  |  |  |  |  |  |
| xiv |  |  |  |  |  |  |
| xv |  |  |  |  |  |  |
| xvi |  |  |  |  |  |  |
| xvii |  |  |  |  |  |  |
| xviii |  |  |  |  |  |  |
| xix |  |  |  |  |  |  |
| xx |  |  |  |  |  |  |
| xxi |  |  |  |  |  |  |
| xxii |  |  |  |  |  |  |
| xxiii |  |  |  |  |  |  |
| xxiv |  |  |  |  |  |  |
| xxv |  |  |  |  |  |  |
| xxvi |  |  |  |  |  |  |
| xxvii |  |  |  |  |  |  |
| xxviii |  |  |  |  |  |  |
| xxix |  |  |  |  |  |  |
| xxx |  |  |  |  |  |  |
| xxxi |  |  |  |  |  |  |
| xxxii |  |  |  |  |  |  |
| xxxiii |  |  |  |  |  |  |
| xxxiv |  |  |  |  |  |  |
| xxxv |  |  |  |  |  |  |
| xxxvi |  |  |  |  |  |  |
| xxxvii |  |  |  |  |  |  |
| xxxvii |  |  |  |  |  |  |
| xxxix |  |  |  |  |  |  |
| xl |  |  |  |  |  |  |
| xli |  |  |  |  |  |  |
| xlii |  |  |  |  |  |  |
| xliii |  |  |  |  |  |  |
| xliv |  |  |  |  |  |  |
| xlv |  |  |  |  |  |  |
| xlvi |  |  |  |  |  |  |
| xlvii |  |  |  |  |  |  |
| xlviii |  |  |  |  |  |  |

Debtor's Name SOLID LANDINGS BEHAVIORAL HEALTH, INC. et al.,    Case No. 17-12213

| | | | | | | |
|---|---|---|---|---|---|---|
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvii | | | | | | |
| lxxxviii | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |

UST Form 11-PCR (12/01/2021)    6

Debtor's Name SOLID LANDINGS BEHAVIORAL HEALTH, INC. et al.,                                    Case No. 17-12213

| | | | | | | |
|---|---|---|---|---|---|---|
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |
| | xcix | | | | | |
| | c | | | | | |
| | ci | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | $0 | $180,459 | $0 | $180,459 |

**Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan**

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $135,000 | $0 | $180,459 | $180,459 | 100% |
| b. Secured claims | $0 | $0 | $0 | $0 | 0% |
| c. Priority claims | $201,572 | $0 | $289,502 | $289,502 | 100% |
| d. General unsecured claims | $63,277,832 | $0 | $0 | $63,277,832 | 0% |
| e. Equity interests | $0 | $0 | $0 | | |

**Part 4: Questionnaire**

a. Is this a final report?                                                                                              Yes ◯   No ⦿

    If yes, give date Final Decree was entered: _____

    If no, give date when the application for Final Decree is anticipated: _____

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?    Yes ⦿   No ◯

Debtor's Name SOLID LANDINGS BEHAVIORAL HEALTH, INC. et al.,    Case No. 17-12213

## Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

| /s/Howard Grobstein | Howard Grobstein |
|---|---|
| Signature of Responsible Party | Printed Name of Responsible Party |
| Liquidating Trustee | 01/14/2022 |
| Title | Date |

Debtor's Name SOLID LANDINGS BEHAVIORAL HEALTH, INC. et al.,     Case No. 17-12213



Page 1



Other Page 1



Page 2 Minus Tables

Bankruptcy Table 1-50

Debtor's Name SOLID LANDINGS BEHAVIORAL HEALTH, INC. et al.,    Case No. 17-12213



Bankruptcy Table 51-100

Non-Bankruptcy Table 1-50

Non-Bankruptcy Table 51-100

Part 3, Part 4, Last Page

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
    **LANDAU LAW LLP, 2338 Manning Avenue, Los Angeles, CA 90064.**

A true and correct copy of the foregoing document entitled (*specify*): **_Post-Confirmation Report_** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **January 14, 2022,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **January 14, 2022,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**No Chambers Copies Pursuant to the Court's General Order 21-05 and Courtroom Policies and Procedures for Honorable Erithe A. Smith Courtroom 5A**

| **United States Trustee (SA)** | **Susan Goodman** | **Travis Easton** |
|---|---|---|
| Office of the United States Trustee | Mesch Clark Rothschild | Easton & Easton |
| 411 W Fourth St., Suite 7160 | 259 North Meyer Avenue | 750 Town Center Dr. Ste 1850 |
| Santa Ana, CA 92701-4593 | Tucson, AZ 85701 | Costa Mesa, CA 92626 |
| **Levene, Neale Bender Rankin & Brill LLP** | **Gabriel M Lara** | |
| 10250 Constellation Blvd Ste 1700 | 521 La Serewa Dr | |
| Los Angeles, CA 90067 | Covina, CA 91723 | |

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)_____ I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**No Chambers Copies Pursuant to the Court's General Order 21-05 and Courtroom Policies and Procedures for Honorable Erithe A. Smith Courtroom 5A**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 14, 2022 | Anastasia Vedrova | /s/ *Anastasia Vedrova* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                          **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF) (continued)**:
   - **Franklin C Adams**  franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com;lisa.spencer@bbklaw.com
   - **Bret D. Allen**  ca.ecf@bretallen.com, bankruptcy@theallenlawfirm.com
   - **Ismail Amin**  iamin@talglaw.com, dflandez@talglaw.com;jfigueroa@talglaw.com;kvang@talglaw.com;shalberstadt@talglaw.com
   - **Adam N Barasch**  anb@severson.com, elw@severson.com
   - **Joseph Corrigan**  Bankruptcy2@ironmountain.com
   - **Jennifer Witherell Crastz**  jcrastz@hrhlaw.com
   - **Christine R Etheridge**  christine.etheridge@ikonfin.com
   - **Nathan Fransen**  nathan@fmattorney.com, deforest@fmattorney.com
   - **Thomas M Gaa**  tgaa@bbslaw.com
   - **Jeffrey Garfinkle**  jgarfinkle@buchalter.com, docket@buchalter.com;dcyrankowski@buchalter.com
   - **Nancy S Goldenberg**  nancy.goldenberg@usdoj.gov
   - **Michael I. Gottfried**  mgottfried@elkinskalt.com
   - **Mirco J Haag**  mhaag@buchalter.com, dcyrankowski@buchalter.com;docket@buchalter.com
   - **Mark S Horoupian**  mhoroupian@sulmeyerlaw.com, mhoroupian@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com
   - **Tae-Yoon Kim**  tae.kim@cellinoandbarnes.com
   - **Stuart I Koenig**  Skoenig@leechtishman.com, sfrey@leechtishman.com;jabrams@leechtishman.com
   - **Scott A Kron**  scott@kronandcard.com
   - **Jeffrey S Kwong**  jsk@lnbyg.com, jsk@ecf.inforuptcy.com
   - **Mohammed Lala**  mohammed.lala@aissolution.com
   - **Jennifer Altfeld Landau**  jlandau@landaufirm.com, srichmond@landaufirm.com;vrichmond@landaufirm.com;avedrova@landaufirm.com;hrichmond@landaufirm.com
   - **Rodger M. Landau**  rlandau@landaufirm.com, vrichmond@landaufirm.com;avedrova@landaufirm.com;hrichmond@landaufirm.com
   - **Timothy J Lepore**  timothy.lepore@ropers.com, anthony.arriola@ropers.com
   - **William K Mills**  mills@parkermillsllp.com, sally@parkermillsllp.com
   - **Randall P Mroczynski**  randym@cookseylaw.com
   - **David L. Neale**  dln@lnbyg.com
   - **Queenie K Ng**  queenie.k.ng@usdoj.gov
   - **Juliet Y. Oh**  jyo@lnbyg.com, jyo@lnbyb.com
   - **Matthew J Olson**  olson.matt@dorsey.com, stell.laura@dorsey.com
   - **Dipika Parmar**  dipika.parmar@aissolution.com
   - **Steven G. Polard**  steven.polard@ropers.com, calendar-lao@ropers.com;keiko.kakiuchi@ropers.com;tiffany.sterling@ropers.com;anthony.arriola@ropers.com
   - **Monica Rieder**  mrieder@landaufirm.com, vrichmond@landaufirm.com;avedrova@landaufirm.com;hrichmond@landaufirm.com
   - **Christopher O Rivas**  crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
   - **David M Samuels**  david.samuels@lewisbrisbois.com, robin.nash-dankwa@lewisbrisbois.com
   - **Shawn Shaffie**  shaffie@parkermillsllp.com, rodriguez@parkermillsllp.com
   - **Paul R Shankman**  PShankman@fortislaw.com, info@fortislaw.com
   - **Valerie Smith**  claims@recoverycorp.com
   - **Randye B Soref**  rsoref@polsinelli.com, ccripe@polsinelli.com;ladocketing@polsinelli.com
   - **Eugenia L Steele**  , EUGLYNN@ME.COM
   - **Annie Y Stoops**  annie.stoops@arentfox.com, yvonne.li@arentfox.com
   - **Cathy Ta**  cathyta@cathyta.net
   - **United States Trustee (SA)**  ustpregion16.sa.ecf@usdoj.gov
   - **Michael D Vanlochem**  janguiano@vandc.net
   - **Joseph M Welch**  jwelch@buchalter.com, dcyrankowski@buchalter.com;docket@buchalter.com
   - **S Christopher Yoo**  cyoo@alvaradosmith.com, vdelgado@alvaradosmith.com
   - **Roye Zur**  rzur@elkinskalt.com, cavila@elkinskalt.com;myuen@elkinskalt.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**F 9013-3.1.PROOF.SERVICE**