# UNITED STATES BANKRUPTCY COURT

### CENTRAL  DISTRICT OF   CALIFORNIA

### SANTA ANA DIVISION

| | | |
|---|---|---|
| In re:  SOLID LANDINGS BEHAVIORAL HEALTH, INC. et al., | § § § | Case No.   17-12213 |
| | § | Lead Case No.  17-12213 |
| Debtor(s) | § | ☒ Jointly Administered |

## Post-confirmation Report

Chapter 11

Quarter Ending Date: 03/31/2023

Petition Date: 06/01/2017

Plan Confirmed Date: 02/28/2018

Plan Effective Date: 04/09/2018

This Post-confirmation Report relates to: ○ Reorganized Debtor

⦿ Other Authorized Party or Entity: Liquidating Trust of Solid Landings Behav

Name of Authorized Party or Entity

/s/ Howard Grobstein

Signature of Responsible Party

04/04/2023

Date

Howard Grobstein, Liquidating Trustee

Printed Name of Responsible Party

6300 Canoga Avenue Suite 1500W
Woodland Hills, CA 91367

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name SOLID LANDINGS BEHAVIORAL HEALTH, INC. et al.,                Case No.  17-12213

## Part 1: Summary of Post-confirmation Transfers

|  | Current  Quarter | Total Since Effective  Date |
|---|---|---|
| a. Total cash disbursements | $158,850 | $1,896,146 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $158,850 | $1,896,146 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor          *Aggregate Total* | | $0 | $180,459 | $0 | $180,459 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Levene, Neal Bender Yoo & B | Lead Counsel | $0 | $70,376 | $0 | $70,376 |
| ii | Landau Gottfried & Berger, LL | Special Counsel | $0 | $100,217 | $0 | $100,217 |
| iii | Barbara Crofts | Financial Professional | $0 | $1,650 | $0 | $1,650 |
| iv | Hardesty LLC | Financial Professional | $0 | $1,650 | $0 | $1,650 |
| v | GGG Partners LLC | Financial Professional | $0 | $6,566 | $0 | $6,566 |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |

Debtor's Name SOLID LANDINGS BEHAVIORAL HEALTH, INC. et al.,    Case No. 17-12213

| | | | | | |
|---|---|---|---|---|---|
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |

UST Form 11-PCR (12/01/2021)

Debtor's Name SOLID LANDINGS BEHAVIORAL HEALTH, INC. et al.,    Case No. 17-12213

| | | | | | |
|---|---|---|---|---|---|
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |
| xcix | | | | | |
| c | | | | | |
| ci | | | | | |

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor    *Aggregate Total* | | $0 | $0 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | $0 | $0 | $0 | $0 |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |

Debtor's Name SOLID LANDINGS BEHAVIORAL HEALTH, INC. et al.,          Case No.  17-11213

| | | | | | |
|---|---|---|---|---|---|
| vii | | | | | |
| viii | | | | | |
| ix | | | | | |
| x | | | | | |
| xi | | | | | |
| xii | | | | | |
| xiii | | | | | |
| xiv | | | | | |
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |

Debtor's Name SOLID LANDINGS BEHAVIORAL HEALTH, INC. et al.,          Case No.  17-12213

| | | | | | | |
|---|---|---|---|---|---|---|
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |

UST Form 11-PCR (12/01/2021)                                    6

Debtor's Name SOLID LANDINGS BEHAVIORAL HEALTH, INC. et al.,                    Case No.  17-12213

| | | | | | | |
|---|---|---|---|---|---|---|
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | $0 | $180,459 | $0 | $180,459 |

**Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan**

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $135,000 | $0 | $180,459 | $180,459 | 100% |
| b. Secured claims | $0 | $0 | $0 | $0 | 0% |
| c. Priority claims | $201,572 | $0 | $289,497 | $289,497 | 100% |
| d. General unsecured claims | $63,277,832 | $24,936 | $274,914 | $14,530,502 | 2% |
| e. Equity interests | $0 | $0 | $0 | | |

**Part 4: Questionnaire**

a. Is this a final report?                                                                                      Yes ◉    No ○

    If yes, give date Final Decree was entered:                        _____

    If no, give date when the application for Final Decree is anticipated:        _____

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?        Yes ◉    No ○

Debtor's Name SOLID LANDINGS BEHAVIORAL HEALTH, INC. et al.,                    Case No.  17-12213

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes.  For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/ rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

/s/Howard Grobstein                                          Howard Grobstein
Signature of Responsible Party                               Printed Name of Responsible Party

Liquidating Trustee                                          04/04/2023
Title                                                        Date

Debtor's Name SOLID LANDINGS BEHAVIORAL HEALTH, INC. et al.,    Case No.  17-12213



Page 1

Other Page 1

Page 2 Minus Tables

Bankruptcy Table 1-50

Debtor's Name SOLID LANDINGS BEHAVIORAL HEALTH, INC. et al.,    Case No. 17-12213



Bankruptcy Table 51-100

Non-Bankruptcy Table 1-50

Non-Bankruptcy Table 51-100

Part 3, Part 4, Last Page

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**LANDAU LAW LLP, 141 South Windsor Blvd., Los Angeles, CA 90004.**

A true and correct copy of the foregoing document entitled (*specify*): **_Post-confirmation Report_** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **April 5, 2023,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) **April 5, 2023,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**Manual Notice List:**
**Diane Burd**
Aegis Law Firm, PC
9811 Irvine Center Drive, Suite 100
Irvine, CA 92618

**Levene, Neale Bender Rankin & Brill LLP**
10250 Constellation Blvd Ste 1700
Los Angeles, CA 90067

Susan Goodman
Mesch Clark Rothschild
259 North Meyer Avenue
Tucson, AZ 85701

Gabriel M Lara
521 La Serewa Dr
Covina, CA 91723

Travis Easton
Easton & Easton
750 Town Center Dr. Ste 1850
Costa Mesa, CA 92626

Joshua Marquez
Aegis Law Firm, PC
9811 Irvine Center Drive, Suite 100
Irvine, CA 92618

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)_____ I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 5, 2023 | Hannah Richmond | /s/ Hannah Richmond |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF) (continued)**:

- **Franklin C Adams**    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com;lisa.spencer@bbklaw.com
- **Bret D. Allen**    ca.ecf@bretallen.com, bankruptcy@theallenlawfirm.com
- **Ismail Amin**    iamin@talglaw.com, pgilmore@talglaw.com;kvescera@talglaw.com;shalberstadt@talglaw.com
- **Adam N Barasch**    anb@severson.com, elw@severson.com
- **Joseph Corrigan**    Bankruptcy2@ironmountain.com
- **Jennifer Witherell Crastz**    jcrastz@hrhlaw.com
- **Christine R Etheridge**    christine.etheridge@ikonfin.com
- **Nathan Fransen**    nathan@fmattorney.com, deforest@fmattorney.com
- **Thomas M Gaa**    tgaa@bbslaw.com
- **Jeffrey Garfinkle**    jgarfinkle@buchalter.com, docket@buchalter.com;lverstegen@buchalter.com
- **Nancy S Goldenberg**    nancy.goldenberg@usdoj.gov
- **Michael I. Gottfried**    mgottfried@elkinskalt.com,
  cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com
- **Mirco J Haag**    mhaag@buchalter.com, dcyrankowski@buchalter.com;docket@buchalter.com
- **Mark S Horoupian**    mark.horoupian@gmlaw.com,
  mhoroupian@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com;karen.files@gmlaw.com
- **Tae-Yoon Kim**    tae.kim@cellinoandbarnes.com
- **Stuart I Koenig**    Skoenig@leechtishman.com, sfrey@leechtishman.com;jabrams@leechtishman.com
- **Scott A Kron**    scott@kronandcard.com
- **Jeffrey S Kwong**    jsk@lnbyg.com, jsk@ecf.inforuptcy.com
- **Mohammed Lala**    mohammed.lala@aissolution.com
- **Jennifer Altfeld Landau**    jlandau@landaufirm.com,
  srichmond@landaufirm.com;vrichmond@landaufirm.com;avedrova@landaufirm.com;hrichmond@landaufirm.com
- **Rodger M. Landau**    rlandau@landaufirm.com,
  vrichmond@landaufirm.com;avedrova@landaufirm.com;hrichmond@landaufirm.com
- **Timothy J Lepore**    timothy.lepore@ropers.com, anthony.arriola@ropers.com
- **William K Mills**    mills@parkermillsllp.com, sally@parkermillsllp.com
- **Randall P Mroczynski**    randym@cookseylaw.com
- **David L. Neale**    dln@lnbyg.com
- **Queenie K Ng**    queenie.k.ng@usdoj.gov
- **Juliet Y. Oh**    jyo@lnbyg.com, jyo@lnbyb.com
- **Matthew J Olson**    olson.matt@dorsey.com, stell.laura@dorsey.com
- **Dipika Parmar**    dipika.parmar@aissolution.com
- **Steven G. Polard**    steven.polard@ropers.com, calendar-
  lao@ropers.com;keiko.kakiuchi@ropers.com;tiffany.sterling@ropers.com;anthony.arriola@ropers.com
- **John P. Reitman**    jreitman@landaufirm.com,
  vrichmond@landaufirm.com;avedrova@landaufirm.com;hrichmond@landaufirm.com
- **Monica Rieder**    mrieder@landaufirm.com,
  vrichmond@landaufirm.com;avedrova@landaufirm.com;hrichmond@landaufirm.com
- **Christopher O Rivas**    crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- **David M Samuels**    david.samuels@lewisbrisbois.com, robin.nash-dankwa@lewisbrisbois.com
- **Shawn Shaffie**    shaffie@parkermillsllp.com, rodriguez@parkermillsllp.com
- **Paul R Shankman**    PShankman@fortislaw.com, info@fortislaw.com
- **Valerie Smith**    claims@recoverycorp.com
- **Randye B Soref**    rsoref@polsinelli.com, ccripe@polsinelli.com;ladocketing@polsinelli.com
- **Eugenia L Steele**    , EUGLYNN@ME.COM
- **Annie Y Stoops**    annie.stoops@afslaw.com, yvonne.li@arentfox.com
- **Cathy Ta**    cathyta@cathyta.net
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **Michael D Vanlochem**    janguiano@vandc.net
- **Joseph M Welch**    joseph.welch@blankrome.com
- **S Christopher Yoo**    cyoo@alvaradosmith.com, vdelgado@fbtlaw.com
- **Roye Zur**    rzur@elkinskalt.com, cavila@elkinskalt.com;lwageman@elkinskalt.com;1648609420@filings.docketbird.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**